Peter J. Benvenutti (Bar No. 60566)
Tobias S. Keller (Bar No. 151445)
Michaeline H. Correa (Bar No. 215215)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
Email:         pjbenvenutti@jonesday.com
               tkeller@jonesday.com
               mcorrea@jonesday.com

Attorneys for Debtor and Debtor in Possession
PLANT INSULATION COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PLANT INSULATION COMPANY, a<br>California corporation,<br><br>                      Debtor. | Case No. 09-31347-TC<br><br>Chapter 11<br><br>**JONES DAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**<br><br>[NO HEARING REQUIRED]<br><br>Judge:     Hon. Thomas E. Carlson |

Jones Day (the "Firm") submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period from October 1, 2009 through October 31, 2009 (the "Application Period"). In support of the Application, the Firm respectfully represents as follows:

1.      The Firm is general bankruptcy counsel for debtor and debtor in possession Plant Insulation Company (the "Debtor") in the above-referenced Chapter 11 case. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

COVER SHEET FEE STATEMENT;
CASE NO. 09-31347

1

1    2.     The Firm billed a total of **$80,651.91** in fees and expenses during the Application

2    Period.  The total fees represent 144.8 hours expended during the period covered by this

3    Application.  These fee and expense breakdowns are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 10/1/09 – 10/31/09 | $80,230.00 | $421.91 | $80,651.91 |

6    3.     The Firm seeks allowance of interim compensation and reimbursement in the

7    amount of a total of **$64,605.91** at this time, comprising **$64,184.00** (80% of the fees for services

8    rendered) plus **$421.91** (100% of the expenses incurred).

9    4.     The following chart reflects (1) the post-petition compensation and expense

10   reimbursement amounts the Firm has obtained authority to receive from the Debtor's estate

11   pursuant to this Court's *Order Establishing Interim Fee Application and Expense Reimbursement*

12   *Procedures* entered September 26, 2009 (the "Interim Fee Procedures Order"), and (2) excluding

13   the amounts sought by this Application, the post-petition compensation and expense

14   reimbursement amounts that are currently due and owing to the Firm from the Debtor's estate:

| Fee Statement Period | Fees Sought (100%) | Expenses Sought (100%) | Fees Authorized (80%) | Expenses Authorized (100%) | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|
| 5/20/09-8/31/09 | $423,940.00 | $13,287.53 | $339,152.00 | $13,287.53 | $0.00 | $0.00 |
| 9/1/09 – 9/30/09 | $33,160.00 | $847.35 | $26,528.00 | $847.35 | $6,632.00 | $0.00 |

20   5.     Attached hereto as **Exhibit A** is the name of each professional who performed

21   services in connection with this case during the Application Period, his or her hourly rate and the

22   number of hours he or she billed to each matter.  Attached hereto as **Exhibit B** is the detailed

23   billing statement for the Application Period.

24   6.     The Firm has served a copy of this Application on the Office of the United States

25   Trustee, the Debtor, counsel for the Official Committee of Unsecured Creditors (the

26   "Committee"), and counsel for the Futures Representative appointed by the Court in this case.

27   The Application was mailed by first class mail, postage prepaid, on November 23, 2009.

28

COVER SHEET FEE STATEMENT;
CASE NO. 09-31347                              2

1    7.    Notice of the filing of this Application has been served on the Office of the United

2    States Trustee, the Debtor, counsel to the Committee, counsel to Futures Representative and any

3    party who has requested special notice as of the date of the Notice. The Notice was mailed by

4    first class mail, postage prepaid, on November 23, 2009.

5    8.    Pursuant to the Interim Fee Procedures Order, the Debtor is authorized to make the

6    payment requested herein, or the Firm is authorized to apply any funds it holds as a retainer in the

7    amounts requested herein, without a further hearing or order of this Court unless an objection to

8    this Application is filed with the Court and served within ten (10) calendar days after the date of

9    mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to

10   pay the 80% of the uncontested fees and 100% of the uncontested expenses.

11   9.    The interim compensation and reimbursement of expenses sought in this

12   Application is not final. Upon the conclusion of this case, the Firm will seek fees and

13   reimbursement of the expenses incurred for the totality of the services rendered in the case. Any

14   interim fees or reimbursement of expenses approved by this Court and received by the Firm

15   (along with any retainer) will be credited against such final fees and expenses as may be allowed

16   by this Court.

17   10.   Based upon the foregoing, the Firm respectfully requests that the Debtor

18   compensate and reimburse the Firm as requested herein, pursuant to and in accordance with the

19   terms of the Interim Fee Procedures Order.

20   DATED:  November 23, 2009                    JONES DAY

21

22                                               By:  /s/ Peter J. Benvenutti
                                                      Peter J. Benvenutti
23                                               Attorneys for Debtor and Debtor in Possession,
                                                 Plant Insulation Company

24

25

26

27

28

COVER SHEET FEE STATEMENT;
CASE NO. 09-31347                      3

| EXHIBIT A | | | |
|---|---|---|---|
| | | | |
| **ATTORNEY/PARALEGAL BILLING SUMMARY BY MONTH** | | | |
| (October 1, 2009 - October 31, 2009) | | | |
| **Meetings of and Communications with Creditors (605002)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 6.80 | 5,270.00 |
| Michaeline Correa | 525 | 3.50 | 1,837.50 |
| **Total** | | **10.30** | **7,107.50** |
| **Asset Disposition (605003)** | | | |
| **Attorneys** | | | |
| LD Blum | 600 | 0.00 | 0.00 |
| JR Schendel | 500 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Case Administration (605004)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.10 | 77.50 |
| Michaeline Correa | 525 | 2.20 | 1,155.00 |
| Noel Rodriguez | 500 | 0.00 | 0.00 |
| R Shah | 325 | 0.00 | 0.00 |
| **Paralegals** | | | |
| Nubuyo Breen | 275 | 16.10 | 4,427.50 |
| LP Burns | 275 | 0.00 | 0.00 |
| Brett Stone | 275 | 0.00 | 0.00 |
| B Mossadegh | 150 | 1.00 | 150.00 |
| **Total** | | **19.40** | **5,810.00** |
| **Relief from Stay/Adequate Protection Proceedings (605005)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 1.10 | 577.50 |
| **Total** | | **1.10** | **577.50** |
| **Fee/Employment Applications (Jones Day) (605006)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 4.90 | 3,797.50 |
| Zana Bugaighis | 325 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 19.80 | 10,395.00 |
| R Shah | 325 | 0.00 | 0.00 |
| **Paralegals** | | | |
| Brett Stone | 275 | 9.30 | 2,557.50 |
| **Total** | | **34.00** | **16,750.00** |
| **Fee/Employment Applications (Other) (605007)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 2.70 | 2,092.50 |

| | | | |
|---|---|---|---|
| Zana Bugaighis | 325 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 4.60 | 2,415.00 |
| **Paralegals** | | | |
| LP Burns | 275 | 0.00 | 0.00 |
| **Total** | | **7.30** | **4,507.50** |
| **Tax Issues (605008)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 2.60 | 2,015.00 |
| Michaeline Correa | 525 | 3.60 | 1,890.00 |
| Teresa Maloney | 750 | 13.80 | 10,350.00 |
| **Total** | | **20.00** | **14,255.00** |
| **Asset Analysis and Recovery (605009)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| LD Blum | 600 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| JR Schendel | 500 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Asset Analysis and Recovery (605011)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 3.00 | 2,325.00 |
| LD Blum | 600 | 2.60 | 1,560.00 |
| Michaeline Correa | 525 | 0.20 | 105.00 |
| JR Schendel | 500 | 2.30 | 1,150.00 |
| R Shah | 325 | 4.00 | 1,300.00 |
| **Total** | | **12.10** | **6,440.00** |
| **Appeals (605012)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Employee Benefits/Pension (605013)** | | | |
| **Attorneys** | | | |
| LD Blum | 600 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Plan and Disclosure Statement (605014)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.40 | 310.00 |
| Michaeline Correa | 525 | 0.20 | 105.00 |
| **Total** | | **0.60** | **415.00** |
| **Claims Administration and Objections (605016)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 3.40 | 2,635.00 |

| | | | |
|---|---|---|---|
| Zana Bugaighis | 325 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 11.20 | 5,880.00 |
| D E Roberts | 325 | 2.10 | 682.50 |
| **Paralegals** | | | |
| LP Burns | 275 | 0.50 | 137.50 |
| B Mossadegh | 150 | 0.50 | 75.00 |
| Brett Stone | 275 | 0.00 | 0.00 |
| **Total** | | **17.70** | **9,410.00** |
| **Assumption/Rejection of Leases and Contracts (605017)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 1.40 | 1,085.00 |
| Zana Bugaighis | 325 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 5.00 | 2,625.00 |
| **Total** | | **6.40** | **3,710.00** |
| **Insurance Issues/Litigation (605018)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 10.60 | 8,215.00 |
| Michaeline Correa | 525 | 2.00 | 1,050.00 |
| **Paralegals** | | | |
| LP Burns | 275 | 0.00 | 0.00 |
| **Total** | | **12.60** | **9,265.00** |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 1.00 | 775.00 |
| Michaeline Correa | 525 | 2.30 | 1,207.50 |
| **Total** | | **3.30** | **1,982.50** |
| **GRAND TOTAL** | | **144.80** | **80,230.00** |
| | | | |

# EXHIBIT B

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street,  26th Floor
San Francisco, California  94104
**(415) 626-3939**

Federal Identification Number:  34-0319085

November 16, 2009

627967-605001

Invoice: 32173318

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Chapter 11 Reorganization Petition and Advice | USD | 0.00 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Courier Services | 35.00 | |
| Document Reproduction Charges | 108.27 | |
| Federal Express Charges | 21.35 | |
| Long Distance | 1.80 | |
| Postage Charges | 75.17 | |
| Research Fees | 127.84 | |
| | | 369.43 |

| | | |
|---|---|---|
| **TOTAL** | **USD** | **369.43** |

Remittance of payment can be made by wire transfer to our account as follows:

### BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605001 / 32173318 IN YOUR PAYMENT

Case: 09-31347   Doc# 391   Filed: 11/23/09   Entered: 11/23/09 14:57:02   Page 8 of 50

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street,  26th Floor
San Francisco, California  94104
**(415) 626-3939**

Federal Identification Number:  34-0319085

November 16, 2009

627967-605002

Invoice: 32171975

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Meetings of and Communications with Creditors | USD | 7,107.50 |
| **TOTAL** | **USD** | **7,107.50** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No 627967-605002/32171975 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| P J BENVENUTTI | 6.80 | 775.00 | 5,270.00 |
| **ASSOCIATE** |  |  |  |
| M H CORREA | 3.50 | 525.00 | 1,837.50 |
| **TOTAL** | **10.30** | **USD** | **7,107.50** |

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/09 | P J BENVENUTTI | 0.20 |

Telephone with counsel for OCC re efforts to obtain confidentiality agreement with Bayside.

| 10/05/09 | P J BENVENUTTI | 0.50 |

Telephone with Bayside attorney re arranging meeting with OCC counsel (.10); telephone with OCC counsel re same (.10); e-mails with both re same (.10); e-mails with Mr. Gordon, colleagues re meeting, background (.20).

| 10/05/09 | M H CORREA | 0.10 |

Review correspondence re committee meeting.

| 10/07/09 | P J BENVENUTTI | 0.50 |

Confer with OCC counsel re prepare for clients' meeting (.30); e-mails with coverage counsel, client re preparation for meeting (.20).

| 10/09/09 | P J BENVENUTTI | 2.00 |

E-mails with colleagues re client meeting (.10); confer with Mr. Gordon and colleagues re discussions with Bayside representatives and OCC, possible structuring issues re Bayside combination (.50); confer with Mr. Gordon and Ms. Correa re prepare for meeting with OCC and coverage counsel (.80); draft agenda for meeting (.30); e-mails and telephone with Mr. Gordon re same, distribution (.10); finalize agenda and e-mail to coverage counsel (.20).

| 10/12/09 | P J BENVENUTTI | 3.00 |

Meeting with OCC representatives, client re case administration, financing same, possible plan.

| 10/12/09 | M H CORREA | 3.40 |

Prepare for and attend meeting with A. Brayton, S. Sacks, M. Ahrens, J. Miller, J. Raskin, S. Snyder, D. Gordon and P. Benvenutti.

| 10/13/09 | P J BENVENUTTI | 0.10 |

E-mails, telephone with counsel for OCC re arranging call.

| 10/21/09 | P J BENVENUTTI | 0.50 |

Telephone with Mr. Gordon re discussions with creditors, OCC (.10); telephone with OCC counsel re insurer claims, plan, alternative fee structure, LAS retention (.40).

| **TOTAL** | | **10.30** |

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor

San Francisco, California 94104

**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009

627967-605004

Invoice: 32171976

Plant Insulation Company

Mr. David J. Gordon

The Flintkote Company

Two Embarcadero Center, Suite 410

San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Case Administration | USD | 5,810.00 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Research Fees | | 12.48 |
| | | 12.48 |
| **TOTAL** | **USD** | **5,822.48** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS

Bank of America

San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE INCLUDE REFERENCE No. 627967-605004/32171976 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P J BENVENUTTI | 0.10 | 775.00 | 77.50 |
| **ASSOCIATE** | | | |
| M H CORREA | 2.20 | 525.00 | 1,155.00 |
| **PARALEGAL** | | | |
| N BREEN | 16.10 | 275.00 | 4,427.50 |
| **PROJECT ASST** | | | |
| B MOSSADEGH | 1.00 | 150.00 | 150.00 |
| **TOTAL** | **19.40** | **USD** | **5,810.00** |

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/01/09**    N BREEN    2.80
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

**10/02/09**    N BREEN    1.00
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

**10/05/09**    N BREEN    0.80
Maintain document and calendar database system on Caselink, including checking Carlson's calendar, maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings and production of documents sent to US Trustee.

**10/06/09**    N BREEN    2.50
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings and determining dates based on order setting interim fee schedule.

**10/07/09**    N BREEN    0.50
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

**10/08/09**    N BREEN    0.50
Maintain document and calendar database system on Caselink, including checking Carlson's calendar, maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings; uploading document production onto CaseLink.

**10/09/09**    M H CORREA    2.00
Prepare for and attend meeting with D. Gordon, P. Benvenutti, T. Maloney and L. Blum re case status, strategy.

**10/12/09**    N BREEN    0.20
Maintain document and calendar database system on Caselink, including checking Carlson's calendar, maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

**10/13/09**    N BREEN    2.30
Maintain document and calendar database system on Caselink, including uploading claims filings and notifying client of filings.

**10/14/09**    P J BENVENUTTI    0.10
E-mails with client re payment of UST fees.

**10/14/09**    M H CORREA    0.10
Review correspondence re payment of UST fees.

**10/15/09**    N BREEN    0.70
Maintain document database system on Caselink, including uploading claims filings and notifying client of filings.

**10/19/09**    N BREEN    0.50
Maintain document and calendar database system on Caselink, including checking Carlson's calendar, maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

**10/20/09**    N BREEN    1.00
Maintain document and calendar database system on Caselink, including uploading updated claims, updating attorney pleading index.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/21/09 | N BREEN | 0.50 |

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

| 10/21/09 | B MOSSADEGH | 0.50 |

Create, update, and maintain attorney pleading binder sets, including updating pleading index.

| 10/22/09 | N BREEN | 0.50 |

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading applications for compensation and updating attorney pleading index, and notifying client of filings.

| 10/22/09 | B MOSSADEGH | 0.50 |

Create, update, and maintain attorney pleading binder sets, including updating pleading index.

| 10/23/09 | N BREEN | 0.50 |

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

| 10/26/09 | N BREEN | 0.50 |

Maintain document and calendar database system on Caselink, including checking Carlson's calendar, maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

| 10/28/09 | N BREEN | 0.30 |

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

| 10/29/09 | M H CORREA | 0.10 |

Telephone with G. Moody re new task codes.

| 10/30/09 | N BREEN | 1.00 |

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (First Applications for Compensation) and updating attorney pleading index, and notifying client of filings.

**TOTAL**                                                **19.40**

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009                                           627967-605005

                                                                          Invoice: 32171977

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Relief From Stay/Adequate Protection Proceedings | USD | 577.50 |
| **TOTAL** | **USD** | **577.50** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE BE SURE REFERENCE NO. 627967-605005-32171977 IS NOTED ON YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| M H CORREA | 1.10 | 525.00 | 577.50 |
| **TOTAL** | **1.10** | **USD** | **577.50** |

# JONES DAY

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/09 | M H CORREA | 0.60 |

Review and respond to correspondence re state court requests for bankruptcy status updates (0.1); draft letter to clerk of court re status (0.5).

| 10/02/09 | M H CORREA | 0.20 |

Correspondence with state court re stay.

| 10/05/09 | M H CORREA | 0.30 |

Correspondence with L. Cooney re association of counsel, calendaring status reports.

**TOTAL**                                                                    **1.10**

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor

San Francisco, California 94104

**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009                                                                 627967-605006

                                                                                                     Invoice: 32171978

Plant Insulation Company

Mr. David J. Gordon

The Flintkote Company

Two Embarcadero Center, Suite 410

San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

Fee/Employment Applications - Jones Day                    USD        16,750.00

**TOTAL**                                                              **USD        16,750.00**

Remittance of payment can be made by wire transfer to our account as follows:

**BANK DETAILS**

Bank of America

San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605006-32171978 IN YOUR PAYMENT

# JONES DAY

Fee/Employment Applications - Jones Day

### TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P J BENVENUTTI | 4.90 | 775.00 | 3,797.50 |
| **ASSOCIATE** | | | |
| M H CORREA | 19.80 | 525.00 | 10,395.00 |
| **PARALEGAL** | | | |
| M B STONE | 9.30 | 275.00 | 2,557.50 |
| **TOTAL** | **34.00** | **USD** | **16,750.00** |

# JONES DAY

627967-605006

Page 3
November 16, 2009

Fee/Employment Applications - Jones Day

Invoice: 32171978

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/01/09**  M H CORREA  2.70
Correspondence with B. Stone re amended fee statement (0.2); draft first interim fee application (2.5).

**10/05/09**  P J BENVENUTTI  0.10
E-mails with Ms. Correa re amended interim fee request.

**10/05/09**  M H CORREA  0.40
Review and revise fee statement.

**10/05/09**  M B STONE  1.40
Prepare amended fee statement and notice regarding same.

**10/06/09**  M H CORREA  1.90
Revise invoices for bankruptcy compliance (0.5); review and revise interim fee application (1.4).

**10/09/09**  P J BENVENUTTI  0.40
Confer, e-mails with Ms. Correa re determine Jones Day retainer balance, preparation of first interim fee application (.20); review e-mail from Mr. Gregory re format of Jones Day fee information, e-mail to and confer with Ms. Correa re same, and confer with Mr. Gordon re same (.20).

**10/09/09**  M H CORREA  0.50
Address fee, retainer, payment issues for fee application and fee statement.

**10/20/09**  P J BENVENUTTI  0.10
E-mails with Ms. Correa re interim fee hearing, schedule and procedure.

**10/20/09**  M H CORREA  0.70
Telephone and correspondence with B. Stone re September fee statement (0.1); review and revise same (0.2); review and revise first fee application (0.4).

**10/20/09**  M B STONE  0.50
Prepare notice re Jones Day monthly fee statement.

**10/21/09**  M H CORREA  0.60
Review and revise fee application.

**10/22/09**  M B STONE  1.20
Assist in preparation of, file and arrange for service of Jones Day monthly fee statement.

**10/26/09**  M H CORREA  3.40
Draft fee application.

**10/27/09**  M H CORREA  2.70
Draft fee application.

**10/28/09**  P J BENVENUTTI  1.00
Review e-mails from client re alternative fee structure, economic analysis (.10); review and revise draft Jones Day fee application, and e-mail to Ms. Correa re same (.50); confer with Ms. Correa re revisions to fee application (.40).

**10/28/09**  M H CORREA  2.60
Confer with P. Benvenutti re revisions to fee application (0.4); draft letter to D. Gordon re extension of time to provide further assurance re payment of fees, including review of application, orders and engagement letter (1.3); draft Benvenutti declaration in support of fee application (0.5); prepare retainer reconciliation (0.4).

**10/28/09**  M B STONE  3.40
Assist in preparation of Jones Day's interim fee application and supporting exhibits.

627967-605006

Fee/Employment Applications - Jones Day

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/29/09 | P J BENVENUTTI | 2.00 |

Review and revise letter to client re extension of deadline for resolving alternative fee arrangement, assurances of payment (.70); e-mails with Ms. Correa re same (.10); e-mails with Mr. Gordon re same (.20); review and revise Jones Day fee application (.60); confer with Ms. Correa re same, further revisions (.40).

| 10/30/09 | P J BENVENUTTI | 1.20 |
|---|---|---|

Review and revise PJB declaration re fee application, and e-mails to Ms. Correa re same (.70); telephone with Ms. Correa re same, allocation of credits and payments (.20); review revised declaration, fee application and e-mails re same (.30).

| 10/30/09 | M H CORREA | 4.30 |
|---|---|---|

Prepare detailed reconciliation of prepetition fees and expenses (2.7); review and revise fee application and declaration (1.1); prepare to file and serve application (0.5).

| 10/30/09 | M B STONE | 2.80 |
|---|---|---|

Assist in preparation of, file and arrange for service of Jones Day interim fee application.

| 10/31/09 | P J BENVENUTTI | 0.10 |
|---|---|---|

E-mails re fee application, communication to client re same.

**TOTAL**      **34.00**

# JONES DAY

**San Francisco Office**
555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009                                               627967-605007

                                                                    Invoice: 32171979

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Fee/Employment Applications - Other Professionals | USD | 4,507.50 |

## DISBURSEMENTS & CHARGES

| | |
|---|---|
| Courier Services | 40.00 |
| | 40.00 |
| **TOTAL** | **USD** **4,547.50** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No.: 627967-605007/32171979 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P J BENVENUTTI | 2.70 | 775.00 | 2,092.50 |
| **ASSOCIATE** | | | |
| M H CORREA | 4.60 | 525.00 | 2,415.00 |
| **TOTAL** | **7.30** | **USD** | **4,507.50** |

Case: 09-31347    Doc# 391    Filed: 11/23/09    Entered: 11/23/09 14:57:02    Page 24 of 50

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/09 | M H CORREA | 0.40 |

Review fee procedures order with N. Breen for calendaring purposes (0.2); correspondence with professionals re interim fee applications (0.2).

| 10/02/09 | M H CORREA | 0.30 |

Address calendaring with N. Breen.

| 10/05/09 | M H CORREA | 0.20 |

Review memo re fee procedures.

| 10/06/09 | M H CORREA | 0.10 |

Review objection to Sheppard's fees.

| 10/09/09 | P J BENVENUTTI | 0.40 |

Confer with Ms. Correa, e-mails re determine retainer balances of other professionals (.20); telephone with Mr. Lockwood re retainer logistics and treatment (.20).

| 10/09/09 | M H CORREA | 0.50 |

Correspondence with professionals re retainer balances, reconciliation.

| 10/13/09 | P J BENVENUTTI | 0.30 |

Telephone with Mr. Gordon, Mr. Raskin re professionals' alternative fee structure.

| 10/13/09 | P J BENVENUTTI | 0.60 |

Telephone with counsel for OCC and Mr. Raskin re request for consent to retain LAS, conflicts waiver re same (.30); review e-mail from OCC counsel re same, and e-mail to Mr. Gordon re same (.20); e-mails from coverage counsel re same (.10).

| 10/14/09 | P J BENVENUTTI | 0.70 |

Review e-mail from OCC counsel re request to consent to LAS retention (.10); telephone with Mr. Gordon re same (.20); e-mail to coverage counsel re same (.10); telephone with OCC counsel re same (.10); e-mails with Mr. Gordon re same (.10); telephone with Mr. Lockwood re retention application (.10).

| 10/15/09 | P J BENVENUTTI | 0.10 |

E-mails with Ms. Correa re summary of professionals' fees to date.

| 10/15/09 | M H CORREA | 1.10 |

Draft fee and expense reconciliation for debtor and retainer payments.

| 10/21/09 | P J BENVENUTTI | 0.20 |

E-mails with Ms. Correa re payment of SMO pre-petition costs (.10); e-mail to coverage counsel re OCC's request to engage LAS (.10).

| 10/21/09 | M H CORREA | 0.40 |

Correspondence with professionals re first fee hearing, fee applications and fee summaries.

| 10/22/09 | M H CORREA | 0.30 |

Telephone with M. Travis re SMO invoices (0.2); correspondence with D. Gordon and P. Benvenutti re same (0.1).

| 10/24/09 | P J BENVENUTTI | 0.10 |

Telephone with FCR counsel re fee application procedure.

| 10/24/09 | P J BENVENUTTI | 0.20 |

Download and review fee guidelines re task billing requirements.

| 10/26/09 | M H CORREA | 0.20 |

Review committee's application to employ Caplin & Drysdale.

# JONES DAY

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/27/09 | M H CORREA | 0.10 |
| | Telephone with P. Meringuelo re SMO expenses. | |
| 10/29/09 | P J BENVENUTTI | 0.10 |
| | Review e-mails re deferral of coverage counsel's request for costs reimbursement. | |
| 10/29/09 | M H CORREA | 0.30 |
| | Telephone with P. Meringuelo re SMO expense statement (0.1); telephone and correspondence with J. Raskin re MLB expense statement and application (0.2). | |
| 10/30/09 | M H CORREA | 0.70 |
| | Correspondence with M. Lauter re fee application (0.1); review correspondence from G. Fergus re fee application (0.1); draft omnibus notice of hearing (0.4); telephone with K. Lam re Bachecki fee app (0.1). | |

**TOTAL**                                                   **7.30**

# JONES DAY

**San Francisco Office**

555 California Street,  26th Floor
San Francisco, California  94104
**(415) 626-3939**

Federal Identification Number:  34-0319085

November 16, 2009

627967-605008

Invoice: 32171980

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Tax Issues | USD | 14,255.00 |
| **TOTAL** | **USD** | **14,255.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605008 32171980 IN YOUR PAYMENT

Case: 09-31347   Doc# 391   Filed: 11/23/09   Entered: 11/23/09 14:57:02   Page 27 of 50

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P J BENVENUTTI | 2.60 | 775.00 | 2,015.00 |
| T A MALONEY | 13.80 | 750.00 | 10,350.00 |
| ASSOCIATE |  |  |  |
| M H CORREA | 3.60 | 525.00 | 1,890.00 |
| **TOTAL** | **20.00** | **USD** | **14,255.00** |

Case: 09-31347    Doc# 391    Filed: 11/23/09    Entered: 11/23/09 14:57:02    Page 28 of 50

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/06/09 | P J BENVENUTTI | 0.40 |

E-mails with Ms. Maloney, Ms. Correa re 2009 tax exposure and strategy, gathering information re same, and arranging meeting re same (.30); confer with Ms. Blum re same (.10).

| 10/06/09 | M H CORREA | 0.90 |

Correspondence with M. Travis re 2009 income and expenses (0.2); correspondence with P. Benvenutti and T. Maloney re tax issues (0.2); gather income and expense information (0.5).

| 10/06/09 | T A MALONEY | 1.30 |

Review background materials.

| 10/07/09 | P J BENVENUTTI | 1.00 |

Confer with Ms. Maloney, Ms. Correa re 2009 tax situation, background (.70); e-mails with Ms. Maloney re same (.30).

| 10/07/09 | M H CORREA | 1.40 |

Review tax-related expenses and income for meeting (0.4); meeting with T. Maloney, P. Benvenutti re tax issues (0.8); follow up with T. Maloney re same (0.2).

| 10/07/09 | T A MALONEY | 2.10 |

Legal research regarding tax liability for 2009 (1.1); review tax returns (0.4); legal research on NOLs (0.6).

| 10/08/09 | P J BENVENUTTI | 0.40 |

Review numerous e-mails re prior tax returns and NOLs.

| 10/08/09 | M H CORREA | 0.60 |

Follow up re NOLs with T. Maloney, M. Travis.

| 10/08/09 | T A MALONEY | 2.60 |

Correspondence and telephone discussions regarding NOLs (0.6); research regarding QSFs (1.4); conference regarding tax treatment of Bayside acquisition (0.6).

| 10/09/09 | P J BENVENUTTI | 0.50 |

Confer with Mr. Gordon, Ms. Maloney and Ms. Correa re 2009 income tax, issues re possible Bayside merger (.30); e-mails re information for analysis of 2009 income tax liability, expenses re same (.20).

| 10/09/09 | M H CORREA | 0.30 |

Follow up re tax issues re unpaid settlements (0.1); correspondence re tax issues (0.2).

| 10/09/09 | T A MALONEY | 5.20 |

Attend meeting with Mr. Gordon, Mr. Benvenutti and Ms. Correa regarding status and issues (0.3); research regarding use of net operating losses and accrual of liabilities; review materials (4.9).

| 10/12/09 | M H CORREA | 0.20 |

Telephone and correspondence with T. Maloney re settlement payments (0.1); review bank statements for timing of same (0.1).

| 10/12/09 | T A MALONEY | 1.60 |

Research regarding use of NOLs against income.

| 10/13/09 | T A MALONEY | 1.00 |

Research on accrual of liabilities.

| 10/15/09 | P J BENVENUTTI | 0.10 |

E-mails with Ms. Maloney re 2009 income tax liability.

| 10/16/09 | P J BENVENUTTI | 0.10 |

E-mails with Ms. Maloney re 2009 income tax status.

# JONES DAY

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/29/09 | P J BENVENUTTI | 0.10 |
| | Review e-mails from accountant, client re estimated 2009 income taxes. | |
| 10/29/09 | M H CORREA | 0.20 |
| | Review correspondence from V. Huan-Lau re tax issues (0.1); review correspondence from M. Travis re same (0.1). | |

**TOTAL**                                        **20.00**

# JONES DAY

**San Francisco Office**
555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009

627967-605011

Invoice: 32171981

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Business Operations | USD | 6,440.00 |
| **TOTAL** | **USD** | **6,440.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605011-32171981 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P J BENVENUTTI | 3.00 | 775.00 | 2,325.00 |
| L D BLUM | 2.60 | 600.00 | 1,560.00 |
| ASSOCIATE |  |  |  |
| M H CORREA | 0.20 | 525.00 | 105.00 |
| J R SCHENDEL | 2.30 | 500.00 | 1,150.00 |
| R SHAH | 4.00 | 325.00 | 1,300.00 |
| **TOTAL** | **12.10** | **USD** | **6,440.00** |

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/02/09 | P J BENVENUTTI | 0.10 |

Review voicemail from Bayside counsel re proposed meeting with OCC.

| 10/06/09 | P J BENVENUTTI | 0.30 |

Telephone with Ms. Blum re preparation for meeting with counsel for Bayside and OCC, and approach to same (.20); review e-mails, diligence summary from Ms. Blum re same (.10).

| 10/06/09 | R SHAH | 0.50 |

Review due diligence summary for Bayside Insulation Company (0.4); send updated diligence summary and status list to L. Blum (0.1).

| 10/07/09 | P J BENVENUTTI | 1.80 |

Review Bayside due diligence summary, NDA and prepare for meeting (.60); meeting with counsel for Bayside and OCC and Ms. Blum re current information, possible settlement & plan (1.20).

| 10/07/09 | L D BLUM | 1.10 |

Attend meeting with P. Benvenutti, R. Ishida, G. Kalikman and M. Ahrens to discuss potential Bayside transaction (1.0), follow up with R. Shah and J. Schendel re additional diligence materials received re Bayside (0.1).

| 10/08/09 | L D BLUM | 0.50 |

Discuss status of potential transaction with Bayside with J. Schendel, R. Shah and T. Maloney.

| 10/08/09 | J R SCHENDEL | 0.80 |

Prepare for and meeting with L. Blum and R. Shah re transaction status (0.7); attention to due diligence and potential third party consents (0.1).

| 10/08/09 | R SHAH | 1.00 |

Prepare for and attend meeting with L. Blum and J. Schendel to discuss status of Bayside potential acquisition or asset purchase.

| 10/09/09 | L D BLUM | 0.50 |

Attend meeting with D. Gordon, P. Benvenutti, M. Correa and T. Maloney re status of transaction with Bayside.

| 10/09/09 | J R SCHENDEL | 1.00 |

Review trust agreement and other research re potential consents required in connection with proposed merger with Bayside.

| 10/10/09 | P J BENVENUTTI | 0.20 |

E-mails with Mr. Gordon re personnel issues.

| 10/10/09 | P J BENVENUTTI | 0.10 |

Review e-mail from Bayside counsel re financial information provided to committee, and forward to Mr. Gordon.

| 10/11/09 | M H CORREA | 0.10 |

Review Bayside financials.

| 10/14/09 | R SHAH | 2.50 |

Review additional diligence materials provided by Bayside Insulation, including union agreement and insurance materials.

| 10/20/09 | P J BENVENUTTI | 0.40 |

E-mail from Bayside counsel re information provided to OCC and e-mail to Mr. Gordon re same (.10); e-mails with Ms. Blum, Mr. Gordon re Bayside request for information, need for NDA (.30).

# JONES DAY

627967-605011

Page 4
November 16, 2009
Invoice: 32171981

Business Operations

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 10/20/09 | L D BLUM | 0.50 |

Telephone call with R. Ishida re diligence issues (0.3); follow up with D. Gordon and P. Benvenutti re additional non-disclosure agreement with Bayside (0.2).

| 10/20/09 | M H CORREA | 0.10 |
|---|---|---|

Correspondence with P. Benvenutti, L. Blum and D. Gordon re Bayside non-disclosure agreement.

| 10/20/09 | J R SCHENDEL | 0.50 |
|---|---|---|

Draft Bayside NDA.

| 10/21/09 | P J BENVENUTTI | 0.10 |
|---|---|---|

E-mails re Bayside NDA.

**TOTAL**      **12.10**

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009

627967-605014

Invoice: 32171982

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Plan and Disclosure Statement | USD | 415.00 |
| **TOTAL** | **USD** | **415.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE ALSO REFERENCE No. 627967-605014-32171982 IN YOUR PAYMENT

Case: 09-31347   Doc# 391   Filed: 11/23/09   Entered: 11/23/09 14:57:02   Page 35 of 50

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 0.40 | 775.00 | 310.00 |
| ASSOCIATE | | | |
| M H CORREA | 0.20 | 525.00 | 105.00 |
| **TOTAL** | **0.60** | **USD** | **415.00** |

Case: 09-31347    Doc# 391    Filed: 11/23/09    Entered: 11/23/09 14:57:02    Page 36 of 50

# JONES DAY

Plan and Disclosure Statement

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/14/09 | P J BENVENUTTI | 0.10 |
| | Telephone with OCC counsel re status of plan preparation. | |
| 10/22/09 | P J BENVENUTTI | 0.30 |
| | Telephone with, e-mail from Mr. Raskin re LAS report (.10); print out, transmittal re same to counsel for OCC and FCR (.20). | |
| 10/22/09 | M H CORREA | 0.20 |
| | Telephone with D. Gordon and P. Benvenutti re plan issues. | |
| **TOTAL** | | **0.60** |

# JONES DAY

**San Francisco Office**
555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009                                                        627967-605016

                                                                        Invoice: 32171983

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Claims Administration and Objections | USD | 9,410.00 |
| **TOTAL** | **USD** | **9,410.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE REFERENCE 627967-605016 32171983 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 3.40 | 775.00 | 2,635.00 |
| ASSOCIATE | | | |
| M H CORREA | 11.20 | 525.00 | 5,880.00 |
| D E ROBERTS | 2.10 | 325.00 | 682.50 |
| PARALEGAL | | | |
| L BURNS | 0.50 | 275.00 | 137.50 |
| PROJECT ASST | | | |
| B MOSSADEGH | 0.50 | 150.00 | 75.00 |
| **TOTAL** | **17.70** | **USD** | **9,410.00** |

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/06/09 | P J BENVENUTTI | 0.20 |

Confer with Ms. Correa, e-mails re possible proof of interest for Plant Insulation Trust.

| 10/06/09 | M H CORREA | 0.70 |

Draft proof of interest for Plant Insulation Trust.

| 10/13/09 | P J BENVENUTTI | 0.50 |

Review e-notices re claims filing, and e-mails to Ms. Correa, Mr. Gordon re same (.30); review e-mails re insurer claims (.20).

| 10/13/09 | M H CORREA | 0.50 |

Preliminary review of insurers' proofs of claim.

| 10/14/09 | P J BENVENUTTI | 0.20 |

E-mails with client re insurer claims (.10); telephone with Mr. Lockwood re same (.10).

| 10/14/09 | L BURNS | 0.50 |

Respond to email request from N. Breen to download remaining proof of claims filed yesterday and circulate them to working group in her absence.

| 10/15/09 | M H CORREA | 1.40 |

Review timely filed proof of claims.

| 10/15/09 | B MOSSADEGH | 0.50 |

Create claims binder set.

| 10/19/09 | P J BENVENUTTI | 0.40 |

E-mails with Mr. Gordon, coverage counsel re insurers' claims, significance of same (.20); skim ECF notices re revisions to claims (.20).

| 10/20/09 | P J BENVENUTTI | 0.10 |

E-mails re arrange conference call with client, coverage counsel re insurer claims.

| 10/20/09 | M H CORREA | 0.10 |

Correspondence with N. Breen re insurers' amended claims.

| 10/21/09 | P J BENVENUTTI | 1.00 |

Telephone with Mr. Gordon, telephone to counsel for OCC (v/m) re insurer's claims (.10); confer with Ms. Correa re same, analysis and response (.60); review summary of insurer claims (.20); e-mails with coverage counsel re same, conference call to address same (.10).

| 10/21/09 | M H CORREA | 3.10 |

Review and summarize all claims in preparation for call (2.3); confer with P. Benvenutti re same (0.5); follow up re same (0.3).

| 10/22/09 | M H CORREA | 1.70 |

Telephone conference with coverage counsel re claims.

| 10/23/09 | M H CORREA | 2.60 |

Review, revise and update claim summary and analysis (0.6); conference with coverage counsel, D. Gordon and P. Benvenutti re same (2.0).

| 10/28/09 | P J BENVENUTTI | 0.40 |

Begin outline of objection to insurer claims, procedure re same.

| 10/29/09 | M H CORREA | 0.10 |

Telephone with D. Roberts re claim objection research.

| 10/29/09 | D E ROBERTS | 0.10 |

Discuss research assignment with M. Correa

# JONES DAY

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/30/09 | M H CORREA | 1.00 |

Telephone with D. Roberts re claim objection research (0.1); review same (0.1); research re same (0.8).

| 10/30/09 | D E ROBERTS | 2.00 |

Research effect of objecting to portions of proof of claim (1.7); discuss findings with M. Correa (0.1); synthesize findings into e-mail (0.2)

| 10/31/09 | P J BENVENUTTI | 0.60 |

Review results of research re objection procedure, requirement for stating all grounds (.20); further research re challenge to contingent claims (.40).

**TOTAL** **17.70**

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009                                     627967-605017

Invoice: 32171984

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Assumption/Rejection of Leases and Contracts | USD | 3,710.00 |
| **TOTAL** | **USD** | **3,710.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 1.40 | 775.00 | 1,085.00 |
| ASSOCIATE | | | |
| M H CORREA | 5.00 | 525.00 | 2,625.00 |
| **TOTAL** | **6.40** | **USD** | **3,710.00** |

**JONES DAY**

627967-605017

Page 3
November 16, 2009

Assumption/Rejection of Leases and Contracts

Invoice: 32171984

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/12/09 | M H CORREA | 0.90 |

Draft motion to approve Flintkote agreement.

| 10/15/09 | M H CORREA | 2.30 |

Review and revise motion to assume Flintkote agreement.

| 10/16/09 | M H CORREA | 0.80 |

Case law research re section 503.

| 10/20/09 | M H CORREA | 0.30 |

Review and revise motion to assume Flintkote agreement (0.2); correspondence with P. Benvenutti re same (0.1).

| 10/22/09 | P J BENVENUTTI | 0.30 |

Telephone with Mr. Gordon re financing estate, alternative fee structure for professionals, motion to assume Flintkote agreement (.20); confer with Ms. Correa re Flintkote agreement and motion (.10).

| 10/22/09 | M H CORREA | 0.40 |

Confer with P. Benvenutti re Flintkote agreement, assumption (.2); case law research re same (0.2).

| 10/23/09 | P J BENVENUTTI | 0.50 |

Review and revise motion to assume contract with Flintkote corporation (.30); confer with Mr. Gordon, Ms. Correa re same (.20).

| 10/26/09 | P J BENVENUTTI | 0.40 |

Review motion re Flintkote agreement, voicemail to Ms. Correa re same (.10); confer with Ms. Correa re same (.20); review e-mails re same (.10).

| 10/27/09 | P J BENVENUTTI | 0.20 |

E-mails from Ms. Correa, Mr. Gordon, e-mail to Ms. Correa re terms of Flintkote retention.

| 10/27/09 | M H CORREA | 0.30 |

Prepare for and telephone with J. Bjork re Flintkote agreement.

**TOTAL** **6.40**

# JONES DAY

**San Francisco Office**

555 California Street, 26ᵗʰ Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009

627967-605018

Invoice: 32171985

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Insurance Issues/Litigation | USD | 9,265.00 |
| **TOTAL** | **USD** | **9,265.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605018-32171985 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P J BENVENUTTI | 10.60 | 775.00 | 8,215.00 |
| **ASSOCIATE** | | | |
| M H CORREA | 2.00 | 525.00 | 1,050.00 |
| **TOTAL** | **12.60** | **USD** | **9,265.00** |

Case: 09-31347    Doc# 391    Filed: 11/23/09    Entered: 11/23/09 14:57:02    Page 46 of 50

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/09 | P J BENVENUTTI | 0.10 |

E-mail to Ms. Correa re review of documents for release to insurers.

| | | |
|---|---|---|
| 10/06/09 | P J BENVENUTTI | 0.50 |

Review e-mail from insurers' counsel re providing documents, and confer with Ms. Correa re same, status of production (.20); telephone with OCC counsel re same (.10); e-mail to insurers' counsel re production of documents (.20).

| | | |
|---|---|---|
| 10/06/09 | M H CORREA | 0.80 |

Finalize document production for insurers re 341 hearing requests.

| | | |
|---|---|---|
| 10/07/09 | P J BENVENUTTI | 0.40 |

E-mails with Ms. Correa re transmittal of documents to insurers' counsel, and review transmittal letter (.20); e-mails with Mr. Gordon, colleagues re developments and arranging meeting (.20).

| | | |
|---|---|---|
| 10/07/09 | M H CORREA | 0.90 |

Correspondence with A. Frankel re document production (0.2); coordinate redaction and review documents re same (0.7).

| | | |
|---|---|---|
| 10/07/09 | M H CORREA | 0.10 |

Review correspondence re potential litigation.

| | | |
|---|---|---|
| 10/08/09 | P J BENVENUTTI | 0.60 |

Review e-mails from coverage counsel re analysis of possible claims vs. insurers (.20); telephone with Mr. Raskin re same, preparation for meeting with OCC representatives, status and schedule of coverage litigation (.40),

| | | |
|---|---|---|
| 10/08/09 | M H CORREA | 0.20 |

Review correspondence re insurance history.

| | | |
|---|---|---|
| 10/15/09 | P J BENVENUTTI | 0.10 |

Review e-mail from Mr. Raskin re FFIC claim, coverage implications.

| | | |
|---|---|---|
| 10/22/09 | P J BENVENUTTI | 3.30 |

Review confidentiality order re coverage case mediation re Committee request for release of LAS report (.20); conference call with Mr. Gordon, Ms. Correa, coverage counsel re same, insurers' claims and impact on coverage litigation, responses to same, strategy (1.70); follow-up telephone with Mr. Raskin re same (.70); review e-mail from Mr. Raskin re coverage authorities re same, and print out authorities (.30); telephone with Mr. Gordon re same, arranging meeting with coverage counsel (.20); e-mails re same (.20).

| | | |
|---|---|---|
| 10/23/09 | P J BENVENUTTI | 4.20 |

E-mails re arrange meeting/conference call to address insurance issues and strategy (.20); review analysis of insurers' claims, elements of same (2.20); confer with coverage counsel, Mr. Gordon, Ms. Correa re same, strategy re possible challenge to insurers' claims (1.60); review e-mail from coverage counsel re follow-up to meeting, approach to objection to insurer claims (.20).

| | | |
|---|---|---|
| 10/24/09 | P J BENVENUTTI | 0.30 |

E-mails with client, co-counsel re possible challenge to insurers' claims, legal analysis re same.

| | | |
|---|---|---|
| 10/29/09 | P J BENVENUTTI | 0.60 |

E-mails with Mr. Gordon re outline of objection to insurers' claims (.10); work on outline (.20); telephone with Mr. Raskin re same, legal theories (.20); confer with Ms. Correa re research re same (.10).

| | | |
|---|---|---|
| 10/30/09 | P J BENVENUTTI | 0.50 |

Prepare for and telephone with Mr. Raskin re objection to insurers' claims (.30); work on objection outline (.20).

**TOTAL**                 12.60

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

November 16, 2009

627967-605020

Invoice: 32173316

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through October 31, 2009:

| | | |
|---|---|---|
| Operating Reports | USD | 1,982.50 |
| **TOTAL** | **USD** | **1,982.50** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605020-32173316 IN YOUR PAYMENT

Operating Reports

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P J BENVENUTTI | 1.00 | 775.00 | 775.00 |
| ASSOCIATE |  |  |  |
| M H CORREA | 2.30 | 525.00 | 1,207.50 |
| **TOTAL** | **3.30** | **USD** | **1,982.50** |

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/05/09 | P J BENVENUTTI | 0.20 |

E-mails, confer with Ms. Correa re producing documents to insurers' counsel (.10); e-mails re operating reports, bank accounts (.10).

| 10/05/09 | M H CORREA | 2.00 |

Correspondence with professionals re fees for MOR (0.3); review correspondence re 341 document production to insurers (0.3); document review to prepare response re same (1.4).

| 10/07/09 | M H CORREA | 0.10 |

Correspondence with V. Huan-Lau re MOR.

| 10/08/09 | P J BENVENUTTI | 0.10 |

Review e-mail re draft MOR.

| 10/08/09 | M H CORREA | 0.10 |

Review September MOR.

| 10/12/09 | P J BENVENUTTI | 0.60 |

Confer with Mr. Gordon, Ms. Correa re follow-up to meeting with committee, personnel matters (.30); e-mail to counsel for OCC and FCR re proposed alternative professional fee structure (.20); telephone with Mr. Gordon re same (.10).

| 10/19/09 | P J BENVENUTTI | 0.10 |

E-mails re September MOR.

| 10/19/09 | M H CORREA | 0.10 |

Review MOR.

**TOTAL** **3.30**