Peter J. Benvenutti (Bar No. 60566)
Tobias S. Keller (Bar No. 151445)
Michaeline H. Correa (Bar No. 215215)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: pjbenvenutti@jonesday.com
tkeller@jonesday.com
mcorrea@jonesday.com

Attorneys for Debtor and Debtor in Possession
PLANT INSULATION COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-31347-TC |
| PLANT INSULATION COMPANY, a California corporation, | Chapter 11 |
| Debtor. | **JONES DAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009** |
| | [NO HEARING REQUIRED] |
| | Judge: Hon. Thomas E. Carlson |

Jones Day (the "Firm") submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period from November 1, 2009 through November 30, 2009 (the "Application Period"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is general bankruptcy counsel for debtor and debtor in possession Plant Insulation Company (the "Debtor") in the above-referenced Chapter 11 case. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $34,574.41 in fees and expenses during the Application Period. The total fees represent 63.50 hours expended during the period covered by this Application. These fee and expense breakdowns are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 11/1/09 – 11/30/09 | $31,790.00 | $2,784.41 | $34,574.41 |

3. The Firm seeks allowance of interim compensation and reimbursement in the amount of a total of **$28,216.41** at this time, comprising **$25,432.00** (80% of the fees for services rendered) plus **$2,784.41** (100% of the expenses incurred).

4. The following chart reflects (1) the post-petition compensation and expense reimbursement amounts the Firm has obtained authority to receive from the Debtor's estate pursuant to this Court's *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered September 26, 2009 (the "Interim Fee Procedures Order"), and (2) excluding the amounts sought by this Application, the post-petition compensation and expense reimbursement amounts that are currently due and owing to the Firm from the Debtor's estate:

| Fee Statement Period | Fees Sought (100%) | Expenses Sought (100%) | Fees Authorized (80%) | Expenses Authorized (100%) | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|
| 5/20/09-8/31/09 | $423,940.00 | $13,287.53 | $339,152.00 | $13,287.53 | $0.00 | $0.00 |
| 9/1/09 – 9/30/09 | $33,160.00 | $847.35 | $26,528.00 | $847.35 | $6,632.00 | $0.00 |
| 10/1/09 – 10/31/09 | $80,230.00 | $421.91 | $64,184.00 | $421.91 | $16,046.00 | $0.00 |

5. Attached hereto as **Exhibit A** is the name of each professional who performed services in connection with this case during the Application Period, his or her hourly rate and the number of hours he or she billed to each matter. Attached hereto as **Exhibit B** is the detailed billing statement for the Application Period.

6. On December 8, 2009, the Firm served a copy of this Application on the Office of the United States Trustee, the Debtor, counsel for the Official Committee of Unsecured Creditors

COVER SHEET FEE STATEMENT;
CASE NO. 09-31347

2

Case: 09-31347    Doc# 408    Filed: 12/08/09    Entered: 12/08/09 11:22:01    Page 2 of 7

(the "Committee"), and counsel for the Futures Representative appointed by the Court in this case.

7. On December 8, 2009, notice of the filing of this Application was served on the Office of the United States Trustee, the Debtor, counsel to the Committee, counsel to Futures Representative and any party who has requested special notice as of the date of the Notice.

8. Pursuant to the Interim Fee Procedures Order, the Debtor is authorized to make the payment requested herein, or the Firm is authorized to apply any funds it holds as a retainer in the amounts requested herein, without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay the 80% of the uncontested fees and 100% of the uncontested expenses.

9. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in the case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

10. Based upon the foregoing, the Firm respectfully requests that the Debtor compensate and reimburse the Firm as requested herein, pursuant to and in accordance with the terms of the Interim Fee Procedures Order.

DATED: December 8, 2009                    JONES DAY

                                           By: /s/ *Peter J. Benvenutti*
                                               Peter J. Benvenutti
                                           Attorneys for Debtor and Debtor in Possession,
                                           Plant Insulation Company

# EXHIBIT A

| EXHIBIT A | | | |
|---|---|---|---|
| ATTORNEY/PARALEGAL BILLING SUMMARY BY MONTH (November 1, 2009 - November 30, 2009) | | | |
| **Meetings of and Communications with Creditors (605002)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.70 | 542.50 |
| Michaeline Correa | 525 | 0.20 | 105.00 |
| Total | | 0.90 | 647.50 |
| **Asset Disposition (605003)** | | | |
| **Attorneys** | | | |
| LD Blum | 600 | 0.00 | 0.00 |
| JR Schendel | 500 | 0.00 | 0.00 |
| Total | | 0.00 | 0.00 |
| **Case Administration (605004)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.30 | 232.50 |
| Michaeline Correa | 525 | 0.10 | 52.50 |
| Noel Rodriguez | 500 | 0.00 | 0.00 |
| R Shah | 325 | 0.00 | 0.00 |
| **Paralegals** | | | |
| Nubuyo Breen | 275 | 5.00 | 1,375.00 |
| LP Burns | 275 | 0.00 | 0.00 |
| Brett Stone | 275 | 0.00 | 0.00 |
| B Mossadegh | 150 | 4.00 | 600.00 |
| Total | | 9.40 | 2,260.00 |
| **Relief from Stay/Adequate Protection Proceedings (605005)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.10 | 77.50 |
| Michaeline Correa | 525 | 1.00 | 525.00 |
| Total | | 1.10 | 602.50 |
| **Fee/Employment Applications (Jones Day) (605006)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 3.50 | 2,712.50 |
| Zana Bugaighis | 325 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 5.40 | 2,835.00 |
| R Shah | 325 | 0.00 | 0.00 |
| **Paralegals** | | | |
| Brett Stone | 275 | 1.50 | 412.50 |
| Total | | 10.40 | 5,960.00 |
| **Fee/Employment Applications (Other) (605007)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 1.30 | 1,007.50 |

| | | | |
|---|---|---|---|
| Zana Bugaighis | 325 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 1.10 | 577.50 |
| **Paralegals** | | | |
| Brett Stone | 275 | 0.00 | 0.00 |
| **Total** | | **2.40** | **1,585.00** |
| **Tax Issues (605008)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.10 | 77.50 |
| Michaeline Correa | 525 | 0.10 | 52.50 |
| Teresa Maloney | 750 | 0.00 | 0.00 |
| **Total** | | **0.20** | **130.00** |
| **Asset Analysis and Recovery (605009)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| LD Blum | 600 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| JR Schendel | 500 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Business Operations (605011)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.60 | 465.00 |
| LD Blum | 600 | 2.60 | 1,560.00 |
| Michaeline Correa | 525 | 1.40 | 735.00 |
| JR Schendel | 500 | 0.00 | 0.00 |
| R Shah | 325 | 17.10 | 5,557.50 |
| **Total** | | **21.70** | **8,317.50** |
| **Appeals (605012)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Operating Reports (605020)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.30 | 232.50 |
| Michaeline Correa | 525 | 0.40 | 210.00 |
| **Total** | | **0.70** | **442.50** |
| **Plan and Disclosure Statement (605014)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Claims Administration and Objections (605016)** | | | |
| **Attorneys** | | | |

| | | | |
|---|---|---|---|
| Peter Benvenutti | 775 | 10.70 | 8,292.50 |
| Michaeline Correa | 525 | 4.00 | 2,100.00 |
| D E Roberts | 325 | 0.00 | 0.00 |
| **Paralegals** | | | |
| LP Burns | 275 | 0.00 | 0.00 |
| B Mossadegh | 150 | 0.00 | 0.00 |
| Brett Stone | 275 | 0.00 | 0.00 |
| **Total** | | **14.70** | **10,392.50** |
| **Assumption/Rejection of Leases and Contracts (605017)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.20 | 155.00 |
| Michaeline Correa | 525 | 0.30 | 157.50 |
| **Total** | | **0.50** | **312.50** |
| **Insurance Issues/Litigation (605018)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 1.20 | 930.00 |
| Martin Myers | 700 | 0.30 | 210.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| **Paralegals** | | | |
| LP Burns | 275 | 0.00 | 0.00 |
| **Total** | | **1.50** | **1,140.00** |
| | | | |
| **GRAND TOTAL** | | **63.50** | **31,790.00** |