JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: dkaelin@murraylaw.com

Attorneys for Liquidating Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re: | |
|---|---|
| **ATI LIQUIDATING, INC.**, formerly known as Aviza Technology, Inc., Employer's Tax ID No.: 20-1979646 | Jointly Administered Chapter 11 Cases<br><br>Case No. 09-54511-RLE-11 |
| **AI LIQUIDATING, INC.**, formerly known as Aviza, Inc., Employer's Tax ID No.: 20-0249205 | Case No. 09-54514-RLE-11 |
| **TTI LIQUIDATING, INC.**, formerly known as Trikon Technologies, Inc., Employer's Tax ID No.: 95-4054321 | Case No. 09-54515-RLE-11 |
| Debtor(s).<br><br>440 Kings Village Road<br>Scotts Valley, CA 95066 | Date: April 28, 2010<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>280 S. First St., Room 3099<br>San Jose, CA 95113<br>Judge: Honorable Roger L. Efremsky |

## CERTIFICATE OF SERVICE

/ / /

/ / /

1

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) ss. |
| 2 | COUNTY OF SANTA CLARA ) |

I am a citizen of the United States and employed in Santa Clara County. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 19400 Stevens Creek Blvd., Suite 200, Cupertino, CA 95014-2548.

On April 26, 2010, at my place of business, I served a true and correct copy of the following document(s):

**MURRAY & MURRAY'S RESPONSE TO OBJECTION OF OFFICIAL UNSECURED CREDITORS' COMMITTEE TO SECOND AND FINAL APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEYS FOR DEBTORS**

in the manner indicated below:

☒ **BY MAIL** by enclosing said document(s) in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY E-MAIL TRANSMISSION** sending a true copy of the said document(s) to the person(s) indicated below:

**SEE ATTACHED SERVICE LIST**

This Certificate was executed on April 26, 2010 at Cupertino, Santa Clara County, California. I declare under penalty of perjury that the foregoing is true and correct.

*Elizabeth Sierra Garcia*
ELIZABETH SIERRA GARCIA

/esg
R:\Awbrey\Fee Apps\M&M\M&M ResponseToObj COS.doc

2

CERTIFICATE OF SERVICE

# SERVICE LIST

**_Debtor_**
ATI Liquidating, Inc. *fka Aviza Technology, Inc.*
AI Liquidating, Inc. *fka Aviza, Inc.*
TTI Liquidating, Inc. *fka Trikon Technologies, Inc*
Attn: Patrick C. O'Connor
440 Kings Village Road
Scotts Valley, CA 95066
**E-Mail: pat.oconnor@aviza.com**

**_United States Trustee_**
Office of the U.S. Trustee
Attn: Nanette Dumas
280 S. First Street, #268
San Jose, CA 95113-3004
**E-Mail: nanette.dumas@usdoj.gov**

**_Counsel To Creditors' Committee_**
Robert G. Harris
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
**E-Mail: rob@bindermalter.com**

**_Attorneys for United Commercial Bank,_**
**_as Agent for the Secured Lenders_**
Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
**E-Mail: fholden@orrick.com**