# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re:  ☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
     ☒ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
     ☐ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

**FILED NOV 15 2010 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA**

Date: Nov 10, 2010

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

From: Gary G. and Barbara B. Hunt Family Trust,
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: P O Box 262
Mineral CA 96063

New Address: 1010 Doane Way
Red Bluff CA 96080

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: [signed] Date: Nov 10, 2010
Print Name: Gary G Hunt, Barbara B Hunt.

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105

155395.1_1