MCNUTT LAW GROUP LLP
MICHAEL A. SWEET (CSBN 184345)
DALE L. BRATTON (CSBN 124328)
LINDSEY R. MORAN (CSBN 242038)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee
of Equity Security Holders

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors.<br><br>☐ Affects **FUND I**<br>☐ Affects **FUND II**<br>☐ Affects **FUND III**<br>☒ Affects **ALL FUNDS** | Case Nos. 08-32220 TEC<br>09-30788 TEC<br>09-30802 TEC<br><br>Chapter 11<br><br>Date: August 4, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 23<br>235 Pine Street<br>San Francisco, CA 94104<br><br>Judge: Hon. Thomas E. Carlson |

**NOTICE OF HEARING ON CONFIRMATION OF EQUITY COMMITTEE AND DEBTORS JOINT PLAN OF REORGANIZATION Dated June 24, 2010, AND DEADLINES FOR VOTING AND OBJECTION**

TO: All Creditors and Equity Interest Holders of the above three Debtors, Parties Requesting Notice Pursuant to Bankruptcy Rule 2002, the Office of the United States Trustee, and the Securities and Exchange Commission

**PLEASE TAKE NOTICE** that on August 4, 2010, at 9:30 a.m., a hearing will be held before the Honorable Thomas E. Carlson, U.S. Bankruptcy Judge, in Courtroom 23 at 235 Pine Street, San Francisco, California, to consider confirmation of the Equity Committee And Debtors Joint Plan Of Reorganization Dated June 24, 2010 (the "Plan") proposed by the Official Committee of Equity Security Holders ("Equity Committee"), and Debtors CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC, and CMR Mortgage Fund III, LLC (the "Funds").

### Distribution of Solicitation Materials

The Disclosure Statement For Equity Committee And Debtors Joint Plan Of Reorganization Dated June 24, 2010 ("Disclosure Statement"), submitted under Chapter 11 of the Bankruptcy Code referring to the Plan has been determined by the Bankruptcy Court, after hearing on notice, to contain adequate information for the purpose of soliciting acceptances of the Plan. The Bankruptcy Court has authorized transmittal of the Disclosure Statement, the Plan, the Order Approving Disclosure Statement, and ballots to accept or reject the Plan to all creditors, equity interest holders, and other parties in interest. Copies of these materials are enclosed with this Notice. Copies of these materials are also found online at: www.ml-sf.com/cases/cmr/docs.asp

### Effect of Plan Confirmation on Creditors and Equity Interest Holders

The rights of creditors and equity interest holders are affected if the Plan is confirmed. You should carefully review the Plan and Disclosure Statement (including all exhibits to each of those documents) to determine how the Plan may affect you.

### Voting Procedures and Deadlines

Creditors and equity interest holders desiring to vote for or against the Plan must return the ballot(s) to accept or reject the Plan that accompany this Notice to:

> McNutt Law Group LLP
> Attn: CMR Ballot Administrator
> 188 The Embarcardero
> Suite 800
> San Francisco, CA 94105

Ballots must be actually received (and not merely postmarked) **not later than 5:00 p.m. Pacific Daylight Time on July 28, 2010**. Any ballot received after that deadline will not be counted. Creditors and equity interest holders should take care to follow the instructions found on the ballots. Ballots submitted by facsimile or email will <u>not</u> be counted.

### Objections to Confirmation of the Plan

Any objection to confirmation of the Plan must be in writing, and must be filed with the Bankruptcy Court at 235 Pine Street, 19th Floor, San Francisco, CA 94104 if filed in person, or at P.O. Box 7341, San Francisco, CA 94120-7341 if filed by mail. If filed by mail, sufficient time must be allowed for the objection to reach the Court in timely fashion. The deadline for filing an objection is <u>July 28, 2010, at 6:00 p.m. Pacific Daylight Time.</u>

In addition to filing any objection with the Court, you must serve copies of your objection by mail on each of the following:

| | |
|---|---|
| 1 | **Counsel for the Committee** |
| | McNutt Law Group LLP |
| 2 | Attn: Dale Bratton |
| | 188 The Embarcadero, Suite 800 |
| 3 | San Francisco, CA 94105 |
| 4 | |
| | **Counsel for CMR Fund** |
| 5 | Wendel, Rosen, Black & Dean, LLP |
| | Attn: Elizabeth Berke-Dreyfuss |
| 6 | 1111 Broadway, 24th Floor |
| | Oakland, CA 94607-4036 |
| 7 | |
| 8 | **Counsel for CMR Fund II** |
| | Binder & Malter, LLP |
| 9 | Attn: Robert G. Harris |
| | 2775 Park Avenue |
| 10 | Santa Clara, CA 950 |
| 11 | |
| | **Counsel for CMR Fund III** |
| 12 | Macdonald & Associates |
| | Attn: Reno F. R. Fernandez |
| 13 | 221 Sansome Street, Third Floor |
| | San Francisco, CA 94104 |
| 14 | |
| | and |
| 15 | |
| | **Office of the U.S. Trustee** |
| 16 | 235 Pine Street, Suite 700 |
| | San Francisco, CA 94104 |
| 17 | |

Failure to timely file and serve an objection to confirmation may be deemed a waiver of objection to the Plan. Submitting a ballot voting to reject the Plan does not meet the requirements for an objection to confirmation.

### Status Conference on Objections to Confirmation

The Bankruptcy Court will hold a status conference on any objections that may be filed to confirmation of the Plan on July 30, 2010, at 10:30 a.m. Any party filing an objection to the Plan should be present at the status conference (in person or by telephone).

## Informational Meeting for Investors Concerning the Plan

The Equity Committee and the Debtors will hold an informational meeting for investors in the Funds. At this meeting, investors will be able to direct questions about the Plan to representatives of the Equity Committee and the Debtors. There will also be an opportunity for discussion of the Plan and whether it should be confirmed.

This informational meeting for investors will be held on July 22, 2010, at 6:00 p.m., at The Bar Association of San Francisco, 301 Battery Street, 3rd Floor, San Francisco, California. The meeting will be open to all parties having investments in any of the three Funds.

Dated: June 25, 2010        McNUTT LAW GROUP LLP

By:    */s/ Michael A. Sweet*
      Michael A. Sweet

Attorneys for
Official Committee of Equity Security Holders