Entered on Docket
October 06, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 05, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

MONIKA PLEYER LEE, SNB 117019
**LEE LAW OFFICES**
1700 South El Camino Real, Suite 505
San Mateo, California 94402
Telephone (650) 212-3400
Facsimile (650) 212-3414

Special Insurance Counsel
For Official Committee of Equity Security Holders

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

Debtors.

☐ Affects **FUND I**

☐ Affects **FUND II**

☐ Affects **FUND III**

☒ Affects **ALL FUNDS**

Case Nos. 08-32220 TEC
09-30788 TEC
09-30802 TEC

Chapter 11

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

The FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OFD EXPENSE FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS (the "Application") came duly for hearing at 9:30 a.m. on October 1, 2010. Michael A. Sweet of the McNutt Law Group appeared on behalf of the applicant. The Court has duly considered the Application, the DECLARATION OF MONIKA P. LEE IN SUPPORT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSE FOR LEE

LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS.

The Court finds that the Application conforms to the requirements of Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and that notice of the Application complies with Rule 2002 of the Bankruptcy Rules, Local Bankruptcy Rule 2002-1, and is otherwise appropriate under the circumstances. For the reasons set forth on the record at the hearing,

IT IS HEREBY ORDERED that Lee Law Offices is awarded interim fees and costs in the amount of $34,010.00 for the period April 1, 2010 through July 31, 2010.

There shall be no payment of fees until it is clear that there will be adequate funds to cover the anticipated fees.

The Debtors, or the post-confirmation Trustee, as appropriate, are authorized and directed to pay the Lee Law Firm the $34,010.00 awarded pursuant to this order when it becomes available.

***END OF ORDER***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **All parties are ECF registered** *except:* |
| 3 | |
| 4 | Responsible Individual |
| 5 | Graham Seel<br>62 First Street |
| 6 | 4th Floor<br>San Francisco, CA 94105 |
| 7 | Request for Notice |
| 8 | Linda Zieff<br>78917 Falsetto Drive |
| 9 | Palm Desert, CA 92211 |
| 10 | Request for Notice |
| 11 | Ronald F. Hyce<br>P.O. Box 756 |
| 12 | Rio Linda, CA 95673 |