**Entered on Docket**
**October 07, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 06, 2010**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

McNUTT LAW GROUP LLP
MICHAEL A. SWEET (CSBN 184345)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee
of Equity Security Holders

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

Debtors.

☐ Affects **FUND I**

☐ Affects **FUND II**

☐ Affects **FUND III**

☒ Affects **ALL FUNDS**

Case Nos.  08-32220 TEC
           09-30788 TEC
           09-30802 TEC

Chapter 11

**ORDER GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR McNUTT LAW GROUP LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

The SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR McNUTT LAW GROUP LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS (the "Application") came duly for hearing at 9:30 a.m. on October 1, 2010. Michael A. Sweet of McNutt Law Group LLP appeared on behalf of the applicant. The Court has duly considered the Application, the DECLARATION OF MICHAEL A. SWEET IN SUPPORT OF SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR McNUTT LAW GROUP LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS.

The Court finds that the Application conforms to the requirements of Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and that notice of the Application complies with Rule 2002 of the Bankruptcy Rules, Local Bankruptcy Rule 2002-1, and is otherwise appropriate under the circumstances. For the reasons set forth on the record at the hearing,

IT IS HEREBY ORDERED that McNutt Law Group LLP ("MLG") is awarded interim fees in the amount of $596,397.05 for the period February 1, 2010 through July 31, 2010.

The 20% award of $57,257.39 that was held back in the ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MCNUTT LAW GROUP LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS entered by the Court on March 31. 2010 shall be released.

The total amount of fees and costs to be paid to MLG pursuant to this order is $653,654.44.

There shall be no distribution of fees until it is clear that there will be adequate funds to cover the anticipated fees of all professionals.

The Debtors, or the post-confirmation Trustee, as appropriate, are authorized and directed to pay MLG the $653,654.44 awarded pursuant to this order when it becomes available.

***END OF ORDER***

## COURT SERVICE LIST

**All parties are ECF registered** *except:*

<u>Responsible Individual</u>
Graham Seel
62 First Street
4th Floor
San Francisco, CA 94105

<u>Request for Notice</u>
Linda Zieff
78917 Falsetto Drive
Palm Desert, CA 92211

<u>Request for Notice</u>
Ronald F. Hyce
P.O. Box 756
Rio Linda, CA 95673