Stephen M. Snyder (Bar No. 54598)
James L. Miller (Bar No. 71958)
Peter P. Meringolo (Bar No. 197136)
SNYDER MILLER & ORTON LLP
180 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone:   (415) 962-4400
Facsimile:   (415) 962-4401
Email:   ssnyder@smollp.com
         jmiller@smollp.com
         pmeringolo@smollp.com

Special Insurance Counsel for Debtor and
Debtor in Possession
PLANT INSULATION COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PLANT INSULATION COMPANY, a California corporation,<br><br>Debtor. | Case No. 09-31347-TC<br><br>Chapter 11<br><br>**SNYDER MILLER & ORTON LLP'S TWELFTH COVER SHEET APPLICATION FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010**<br><br>[No Hearing Required]<br><br>Judge:   Hon. Thomas E. Carlson |

Snyder Miller & Orton LLP ("SMO") submits its Twelfth Cover Sheet Application (the "Application") for Reimbursement of Expenses for the Period from July 1, 2010 through July 31, 2010 (the "Application Period"). In support of the Application, SMO respectfully represents as follows:

1.   SMO is Special Insurance Counsel for debtor and debtor in possession Plant Insulation Company (the "Debtor") in the above-referenced Chapter 11 case. SMO hereby applies to the Court for reimbursement of expenses incurred during the Application Period.

{00031724.DOC; 1}                                                1

2. SMO billed a total of $418.48 in expenses during the Application Period.

3. SMO seeks reimbursement of 100% of these expenses. Because these costs are below the Contingency Professional Expense Cap, as defined by this Court's *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered on September 24, 2009 (the "Interim Fee Procedures Order"), the Debtor is authorized to reimburse SMO for these expenses without prior Court approval.

4. The following chart reflects (1) the post-petition compensation and expense reimbursement amounts SMO has obtained authority to receive from the Debtor's estate pursuant to Interim Fee Procedures Order, and (2) excluding the amounts sought by this Application, the post-petition compensation and expense reimbursement amounts that are currently due and owing to SMO from the Debtor's estate:

| Fee Statement Period | Fees Sought (100%) | Expenses Sought (100%) | Fees Authorized (80%) | Expenses Authorized (100%) | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|
| 5/20/09 – 8/31/09 | NONE | 26,288.33 | NONE | $26,288.38 | NONE | NONE |
| 9/1/09 – 9/30/09 | NONE | $1,680.79 | NONE | $1,680.79 | NONE | NONE |
| 10/1/09 – 10/31/09 | NONE | $9,183.62 | NONE | $9,183.62 | NONE | NONE |
| 11/1/09 – 11/30/09 | NONE | $11,139.61 | NONE | $11,139.61 | NONE | NONE |
| 12/1/09 – 12/31/09 | NONE | $5,053.53 | NONE | $5,053.53 | NONE | $5,053.53 |
| 1/1/10 – 1/31/10 | NONE | $311.91 | NONE | $311.91 | NONE | $311.91 |
| 2/1/10 – 2/28/10 | NONE | $266.74 | NONE | $266.74 | NONE | $266.74 |
| 3/1/10 – 3/31/10 | NONE | $1180.18 | NONE | $1180.18 | NONE | $1180.18 |
| 4/1/10 – 4/30/10 | NONE | $777.24 | NONE | $777.24 | NONE | $777.24 |

{00031724.DOC; 1}

2

TWELFTH COVER SHEET FEE APPLICATION
CASE NO. 09-31347

| Fee Statement Period | Fees Sought (100%) | Expenses Sought (100%) | Fees Authorized (80%) | Expenses Authorized (100%) | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|
| 5/1/10 – 5/31/10 | NONE | $87.48 | NONE | $87.48 | NONE | $87.48 |
| 6/1/10 – 6/30/10 | NONE | $792.11 | NONE | $792.11 | NONE | $792.11 |

5. Attached hereto as **Exhibit A** is the detailed billing statement for the Application Period, which includes a breakdown of the expenses incurred during the Application Period. Although the date of some of the advances listed on the detailed billing statement are prior to the Application Period, SMO paid and billed those advances during the Application Period.

6. SMO has served a copy of this Application on the Office of the United States Trustee, the Debtor, counsel for the Official Committee of Unsecured Creditors (the "Committee"), and counsel for the Futures Representative appointed by the Court in this case.

7. Notice of the filing of this Application has been served on the Office of the United States Trustee, the Debtor, counsel to the Committee, counsel to Futures Representative and any party who has requested special notice as of the date of the Notice.

8. Pursuant to the Interim Fee Procedures Order, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay the 100% of the uncontested expenses.

9. The reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, SMO will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in the case. Any interim fees or reimbursement of expenses approved by this Court and received by SMO will be credited against such final fees and expenses as may be allowed by this Court.

10. Based upon the foregoing, SMO respectfully requests that the Debtor pay compensation to SMO as requested herein pursuant to and in accordance with the terms of the

Interim Fee Procedures Order.

DATED: August 30, 2010

SNYDER MILLER & ORTON LLP

By: /s/ Peter P. Meringolo
Peter P. Meringolo
Special Insurance Counsel for Debtor and
Debtor in Possession, Plant Insulation Company

EXHIBIT A

180 Montgomery Street, Suite 700
San Francisco, California 94104
Telephone: (415) 962-4400
Fax: (415) 962-4401

Federal Tax ID#: 41-2118714

Page: 1
August 05, 2010

Plant Insulation Company
2271 California Street
San Francisco CA 94115

Account No: 67-002
Statement No: 1404

Attn: David J. Gordon

Insurance Litigation
Plant Insulation Company
Special Counsel Fee Agreement

| | | |
|---|---|---:|
| | Previous Balance | $8,469.19 |

### Expenses

| | | |
|---|---|---:|
| 07/30/2010 | Photocopies - July 2010. | 385.40 |
| 07/30/2010 | Color photocopies - July 2010. | 17.00 |
| | Total Expenses | 402.40 |

### Advances

| | | |
|---|---|---:|
| 07/07/2010 | Online legal research: PACER quarterly charges 04/01/10 - 06/30/10. | 16.08 |
| | Total Advances | 16.08 |
| | Total Current Work | 418.48 |
| | Balance Due | $8,887.67 |
| | Total Amount Due: | $8,887.67 |

# CERTIFICATE OF SERVICE

I, Michelle Traina, declare that I am over the age of eighteen years and am not a party to this action. My business address is 180 Montgomery Street, Suite 700, San Francisco, California 94104.

On **August 30, 2010**, I served the following:

**SNYDER MILLER & ORTON LLP'S TWELFTH COVER SHEET APPLICATION FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010**

on the interested parties in this action as follows:

[X] **BY U.S. MAIL:** I caused the above-referenced documents to be served on the parties below which are designated with an asterisk (*) by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid.

[X] **BY EMAIL:** I caused the above-mentioned documents to be served by email on the parties listed on the enclosed service list on the date specified above, except those designated with an asterisk (*).

| | | |
|---|---|---|
| *Debtor<br>Plant Insulation Company<br>c/o TRAVIS & PON<br>2271 California Street<br>San Francisco, CA 94115<br>Email: david.j.gordon@verizon.net | *United States Trustee<br>c/o Office of the United States Trustee<br>Donna S. Tamanaha<br>Minnie Loo<br>235 Pine St., Suite 700<br>San Francisco, CA 94104-3401<br>Email: Minnie.Loo@usdoj.gov,<br>Donna.S.Tamanaha@usdoj.gov | *Counsel for Debtor<br>c/o JONES DAY<br>Peter J. Benvenutti, Esq.<br>Tobias S. Keller, Esq.<br>Michaeline H. Correa, Esq.<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Email: tkeller@jonesday.com,<br>pjbenvenutti@jonesday.com,<br>mcorrea@jonesday.com |
| Peter J. Benvenutti<br>Tobias S. Keller<br>Michaeline H. Correa<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>Email: jbenvenutti@jonesday.com<br>tkeller@jonesday.com<br>mcorrea@jonesday.com | Debtor's Special Insurance Counsel<br>c/o MORGAN LEWIS & BOCKIUS<br>Jeffery S. Raskin, Esq.<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Email: jraskin@morganlewis.com | *Counsel to the Hon. Judge<br>Charles B. Renfrew (Ret.),<br>Futures Representative<br>c/o FERGUS, A LAW OFFICE<br>Gary Fergus, Esq.<br>595 Market St., Suite 2430<br>San Francisco, CA 94105<br>Email: gfergus@ferguslegal.com |

{00031728.DOC; 1}

- 1 -

CERTIFICATE OF SERVICE

| Responsible Individual<br>Mr. David J. Gordon<br>c/o THE FLINTKOTE COMPANY<br>Two Embarcadero Center, Ste. 410<br>San Francisco, CA 94111<br>Email: david.j.gordon@verizon.net | Accountants for Debtor<br>Mr. Jay D. Crom<br>c/o BACHECKI, CROM & CO. LLP<br>180 Montgomery St., Suite 2340<br>San Francisco, CA 94104<br>Email: jcrom@bachcrom.com | Proposed Counsel for Creditors' Committee<br>Peter Van N. Lockwood, Esq.<br>c/o CAPLAN & DRYSDALE CHARTERED<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>Email: pvnl@capdale.com |
|---|---|---|
| ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o O'MELVENY & MYERS LLP<br>Aaron M. Johnson, Esq.<br>Spencer K. Jones, Esq.<br>Christina Brown, Esq.<br>Patrick T. Hein, Esq.<br>2 Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Email: aaronjohnson@omm.com<br>    spencerjones@omm.com<br>    cjbrown@omm.com<br>    phein@omm.com | ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o O'MELVENY & MYERS LLP<br>Richard Goetz, Esq.<br>Steven H. Bergman, Esq.<br>400 South Hope Street<br>Los Angeles, CA 90071-7899<br>Email: rgoetz@omm.com<br>    sbergman@omm.com | ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o O'MELVENY & MYERS LLP Tancred V. Schiavoni, Esq.<br>Seven Times Square<br>New York, New York 10036<br>Email: tschiavoni@omm.com |
| American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o CROWELL & MORING LLP<br>Steven P. Rice, Esq.<br>Thy B. Bui, Esq.<br>Queena Mewers, Esq.<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Email: srice@crowell.com<br>    tbui@crowell.com<br>    qmewers@crowell.com | American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o GRIPPO & ELDEN LLC<br>Donald A. Vogelsang, Esq.<br>Paul A. Sheldon, Esq.<br>Matthew O. Sitzer, Esq.<br>Lynn H. Murray, Esq.<br>Michael S. Gulland, Esq.<br>111 South Wacker<br>Chicago, IL 60606<br>Email: dvogelsang@grippoelden.com<br>    psheldon@grippoelden.com<br>    msitzer@grippoelden.com<br>    lmurray@grippoelden.com<br>    mgulland@grippoelden.com | *American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o BRYDON HUGO & PARKER<br>Jeffrey Kaufman, Esq.<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>Email: jkaufman@bhplaw.com |

{00031728.DOC; 1}

- 2 -

CERTIFICATE OF SERVICE

| Arrowood Indemnity Company fna Royal Indemnity Company<br>c/o SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Raoul D. Kennedy, Esq.<br>James P. Schaefer, Esq.<br>Jeffrey W. McKenna, Esq.<br>Four Embarcadero Center<br>San Francisco, CA 94111-4144<br>Email:<br>raoul.kennedy@skadden.com<br>james.schaefer@skadden.com<br>jeffrey.mckenna@skadden.com | American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o CROWELL & MORING LLC<br>Mark D. Plevin, Esq.<br>Cynthia L. Kendrick, Esq.<br>Leslie A. Davis, Esq.<br>Tacie H. Yoon, Esq.<br>Kelly R. Cusick, Esq.<br>Noah S. Bloomberg, Esq.<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Email: mplevin@crowell.com<br>ckendrick@crowell.com<br>ldavis@crowell.com<br>tyoon@crowell.com<br>kcusick@crowell.com<br>nbloomberg@crowell.com | *American Home Assurance Company Insurance Company of the State of Pennsylvania Granite State Insurance Company<br>c/o LYNBERG & WATKINS P.C.<br>Randall J. Peters, Esq.<br>R. Jeff Carlisle, Esq.<br>Benjamin Phelps, Esq.<br>International Tower Plaza<br>888 S. Figueroa Street, 16th Floor<br>Los Angeles, CA 90017-5465<br>Email: rpeters@lynberg.com<br>jcarlisle@lynberg.com<br>bphelps@lynberg.com |
| --- | --- | --- |
| *Counsel for Official Committee of Unsecured Creditors<br>Michael Ahrens, Esq.<br>c/o SHEPPARD MULLIN RICHTER & HAMPTON<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Email:mahrens@sheppardmullin.com | Arrowpoint Capital<br>c/o SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Van C. Durrer II, Esq.<br>Bertrand Pan, Esq.<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Email: van.durrer@skadden.com<br>bertrand.pan@skadden.com | Cloristeen Collins & Patricia Collins<br>c/o KAZAN MCCLAIN LYONS, GREENWOOD, et al.<br>David McClain, Esq.<br>Matthew L. Thiel, Esq.<br>Gloria C. Amell, Esq.<br>171 Twelfth St., 3rd Floor<br>Oakland, CA 94607<br>Email: dmcclain@kazanlaw.com<br>gamell@kazanlaw.com |
| Mt. McKinley Insurance Company<br>c/o WALKER WILCOX MATOUSEK LLP<br>David P. McClain, Esq.<br>Tony L. Draper, Esq.<br>711 Louisana St., Suite 3100<br>So. Tower Pennzoil Place<br>Houston, TX 77002<br>Email:<br>dmcclain@wwmlawyers.com<br>tdraper@wwmlawyers.com | *Insurance Company of the West<br>Valerie A. Moore, Esq.<br>Eugenie Gifford Baumann, Esq.<br>Sook Y. Won, Esq.<br>c/o HAIGHT, BROWN & BONESTEEL LLP<br>6080 Center Drive, Suite 800<br>Los Angeles, CA 90045<br>Email: vmoore@hbblaw.com<br>ebaumann@hbblaw.com<br>swon@hbblaw.com | Mt. McKinley Insurance Company<br>Charles E. Wheeler, Esq.<br>c/o COZEN O'CONNOR<br>501 West Broadway; Suite 1610<br>San Diego, CA 92101<br>Email: cwheeler@cozen.com |

{00031728.DOC; 1}

| | | |
|---|---|---|
| OneBeacon Insurance Company as successor in interest to American Employers' Insurance Company<br>SONNENSCHEIN NATH & ROSENTHAL<br>Paul E. B. Glad, Esq.<br>Joel Muchmore, Esq.<br>Meeghan L. Buckley, Esq.<br>Robert Millner, Esq.<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708<br>Email:<br>pglad@sonnenschein.com<br>jmuchmore@sonnenschein.com<br>mbuckley@sonnenschein.com<br>rmillner@sonnenschein.com | Mt. McKinley Insurance Company<br>c/o COZEN O'CONNOR, P.C.<br>Michael J. Smith, Esq.<br>200 Four Falls Corporate Center, Suite 400,<br>West Conshohocken, PA 19428-0800<br>Email: msmith@cozen.com | OneBeacon Ins. Company as successor in interest to American Employers' Insurance Company<br>c/o SONNENSCHEIN NATH & ROSENTHAL LLP<br>Christopher E. Prince, Esq.<br>Sara L. Chenetz, Esq.<br>601 South Figueroa St., Ste 2500<br>Los Angeles, California 90017<br>Email:<br>cprince@sonnenschein.com<br>schenetz@sonnenschein.com |
| Royal Indemnity Company<br>c/o KELLY, HOCKEL & KLEIN<br>Rebecca B. Aherne, Esq.<br>One Sansome Street, Suite 1800<br>San Francisco, CA 94104<br>Email: raherne@khklaw.com | OneBeacon Insurance Company as successor in interest to American Employers' Insurance Company<br>SONNENSCHEIN NATH & ROSENTHAL<br>Philip A. O'Connell, Jr., Esq.<br>Karen C. Marchiano, Esq.<br>101 Federal Street, Suite 2750<br>Boston, MA 02110-1873<br>Email:<br>poconnelljr@sonnenschein.com<br>kmarchiano@sonnenschein.com | OneBeacon Insurance Company as successor in interest to American Employers' Insurance Company<br>c/o SONNENSCHEIN NATH & ROSENTHAL LLP<br>Robert B. Millner, Esq.<br>Patrick C. Maxcy, Esq.<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL 60606-6404<br>Email:<br>rmillner@sonnenschein.com<br>pmaxcy@sonnenschein.com |
| Safety National Casualty Corporation<br>c/o DUANE MORRIS<br>Philip R. Matthews<br>1 Market, Spear Street Tower #2000<br>San Francisco, CA 94105<br>Email:<br>prmatthews@duanemorris.com | *Safety National Casualty Corporation<br>c/o Andrew K. Epting, Jr., LLC<br>Andrew K. Epting, Jr., Esq.<br>3 State Street<br>Charleston, SC 29401<br>Email: ake@epting-law.com | Safety National Casualty Corporation<br>c/o ABBEY, WEITZENBERG, WARREN & EMERY P.C.<br>Mitchell B. Greenberg, Esq.<br>100 Stony Point Road,<br>Suite 200, P.O. Box 1566<br>Santa Rosa, CA 95402-1566<br>Email:<br>mgreenberg@abbeylaw.com |
| Sompo Japan Insurance Company of America.<br>c/o YOUNGERMAN & MCNUTT<br>Stephen Youngerman, Esq.<br>William J. Glazer, Esq.<br>Nicole A. Temkin, Esq<br>11150 W. Olympic Blvd., Ste 900<br>Los Angeles, CA 90064<br>Email: sy@ymlaw.net | Sompo Japan Insurance Company of America<br>c/o WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>Joanne Madden, Esq.<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>Email:<br>joanne.madden@wilsonelser.com | Sompo Japan Insurance Company of America<br>c/o WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>Mark Ledwin, Esq.<br>3 Gannett Drive<br>White Plains, NY 10604<br>Email:<br>mark.ledwin@wilsonelser.com |

{00031728.DOC;1}

- 4 -

CERTIFICATE OF SERVICE

| United States Fidelity and Guaranty Company<br>c/o SIMPSON THACHER & BARTLETT<br>Deborah L. Stein, Esq.<br>Robert J. Pfister, Esq.<br>1999 Avenue of the Stars, 29th Fl.<br>Los Angeles, CA 90067<br>Email: dstein@stblaw.com<br>rpfister@stblaw.com | Transport Insurance Company<br>c/o DUANE MORRIS LLP<br>Ray L. Wong, Esq.<br>One Market, Spear Tower Ste 2000<br>San Francisco, CA 94105-1104<br>Email: rlwong@duanemorris.com | United National Insurance Company<br>c/o NIXON PEABODY LLP<br>Gregory E. Schopf, Esq.<br>One Embarcadero Center, Suite 1800<br>San Francisco CA 94111<br>Email: gschopf@nixonpeabody.com |
|---|---|---|
| United States Fire Insurance Company<br>c/o MUSICK, PEELER & GARRETT<br>Stephen M. Green, Esq.<br>Lawrence A. Tabb, Esq.<br>Chad A. Westfall, Esq.<br>One Wilshire Blvd. # 2000<br>Los Angeles CA 90017<br>Email: s.green@mpglaw.com<br>l.tabb@mpglaw.com<br>c.westfall@mpglaw.com | United States Fidelity and Guaranty Company<br>c/o SIMPSON THACHER & BARTLETT<br>Jonanthan Sanders, Esq.<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>E-mail: jsanders@stblaw.com | United States Fire Insurance Company<br>c/o MUSICK, PEELER & GARRETT<br>Catherine M. Lee, Esq.<br>Chad A. Westfall, Esq.<br>100 Montgomery St., Suite 2525<br>San Francisco, CA 94104<br>Email: c.lee@mpglaw.com<br>c.westfall@mpglaw.com |

### Unsecured Creditors' Committee Members

| Paul McKenzie<br>c/o BERGMAN DRAPER & FROCKT<br>Matthew P. Bergman, Esq.<br>Glenn Draper, Esq.<br>614 1st Ave., 3rd Floor<br>Seattle, WA 98104<br>Email: matt@bergmanlegal.com<br>glenn@bergmanlegal.com | *John "Clay" Gregory<br>c/o Law Office of John M. Gregory<br>1733 Woodside, Suite 200<br>Redwood City, CA 94061<br>Email: john.m.gregory@comcast.net | *Monte S. Travis<br>c/o TRAVIS & PON<br>2271 California Street<br>San Francisco, CA 94115<br>Email: montetravis@pacbell.net |
|---|---|---|
| *Karen Garner<br>Aaron H. Simon, Esq.<br>Ronald J. Shingler, Esq.<br>c/o SIMON & SHINGLER, LLP<br>3220 Lone Tree Way, Suite 100<br>Antioch, CA 94509<br>Email:<br>Aaron@simonshinglerlaw.com<br>Ron@simonshinglerlaw.com | *ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o BERMAN & AIWASIAN<br>Alan S. Berman, Esq.<br>725 S. Figueroa Street, Suite 1050<br>Los Angeles, CA 90017<br>Email: alan.berman@mclolaw.com | Linda Seiler<br>c/o KAZAN, MCCLAIN, LYONS,<br>GREENWOOD & HARLEY<br>David McClain, Esq.<br>Matthew L. Thiel, Esq.<br>171 12th St., Suite 300<br>Oakland, CA 94607<br>Email: dmcclain@kazanlaw.com<br>mthiel@kazanlaw.co |
| c/o BRAYTON PURCELL LLP<br>Alan R. Brayton, Esq.<br>Christina C. Skubic, Esq.<br>Matthew B. Lee, Esq.<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94945<br>Email: abrayton@braytonlaw.com<br>cskubic@braytonlaw.com<br>mlee@braytonlaw.com | | |

{00031728.DOC; 1}

# EMAIL SERVICE LIST

Aaron@simonshinglerlaw.com, aaronjohnson@omm.com, abrayton@braytonlaw.com, afrankel@stblaw.com, agiacobbe@zeklaw.com, ake@epting-law.com, bwolkin@wolkincurran.com, alan.berman@mclolaw.com, bertrand.pan@skadden.com, bphelps@lynberg.com, c.lee@mpglaw.com, c.westfall@mpglaw.com, cjbrown@omm.com, ckendrick@crowell.com, cprince@sonnenschein.com, cskubic@braytonlaw.com, cwheeler@cozen.com, david.j.gordon@verizon.net, mgulland@grippoelden.com; dhanley@paulandhanley.com, dmcclain@kazanlaw.com, Donna.S.Tamanaha@usdoj.gov, dstein@stblaw.com, dvogelsang@grippoelden.com, ebaumann@hbblaw.com, gamell@kazanlaw.com, gfergus@ferguslegal.com, glenn@bergmanlegal.com, gschopf@nixonpeabody.com, james.schaefer@skadden.com, jcarlisle@lynberg.com, jcrom@bachcrom.com, jeffrey.mckenna@skadden.com, jkaufman@bhplaw.com, jmiller@smollp.com, jmuchmore@sonnenschein.com, joanne.madden@wilsonelser.com, john.m.gregory@comcast.net, jpaul@paulandhanley.com, jraskin@morganlewis.com, jsanders@stblaw.com, kcusick@crowell.com, kmarchiano@sonnenschein.com, kmclendon@stblaw.com, kmcmeekin@paulandhanley.com, l.tabb@mpglaw.com, ldavis@crowell.com, lmartin@stblaw.com, lmurray@grippoelden.com, mahrens@sheppardmullin.com, mark.ledwin@wilsonelser.com, matt@bergmanlegal.com, mbuckley@sonnenschein.com, mcorrea@jonesday.com, mdavis@zeklaw.com, mgreenberg@abbeylaw.com, Minnie.Loo@usdoj.gov, mlee@braytonlaw.com, montetravis@pacbell.net, mplevin@crowell.com, msitzer@grippoelden.com, msmith@cozen.com, mthiel@kazanlaw.com, nbloomberg@crowell.com, pglad@sonnenschein.com, phein@omm.com, pjbenvenutti@jonesday.com, pmaxcy@sonnenschein.com, poconnelljr@sonnenschein.com, psheldon@grippoelden.com, pvnl@capdale.com, raherne@khklaw.com, raoul.kennedy@skadden.com, rdo@lynberg.com, rgoetz@omm.com, rlwong@duanemorris.com, rmillner@sonnenschein.com, Ron@simonshinglerlaw.com, rpeters@lynberg.com, rpfister@stblaw.com, s.green@mpglaw.com, sbergman@omm.com, schenetz@sonnenschein.com, spencerjones@omm.com, srice@crowell.com, swon@hbblaw.com, sy@ymlaw.net, tbui@crowell.com, tdraper@wwmlawyers.com, tkeller@jonesday.com, tschiavoni@omm.com, tyoon@crowell.com, van.durrer@skadden.com, vmoore@hbblaw.com, prmatthews@duanemorris.com, qmewers@crowell.com, pmeringolo@smollp.com, jshoda@smollp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on **August 30, 2010**, at San Francisco, California.

_/s/ Michelle Traina_
MICHELLE TRAINA

{00031728.DOC; 1}

- 6 -  CERTIFICATE OF SERVICE