| | |
|---|---|
| 1 | PAUL E.B. GLAD (State Bar No. 79045)<br>JOEL T. MUCHMORE (State Bar No. 224446) |
| 2 | MEEGHAN L. BUCKLEY (State Bar No. 241161)<br>SONNENSCHEIN NATH & ROSENTHAL LLP |
| 3 | 525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708 |
| 4 | Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300 |
| 5 | pglad@sonnenschein.com<br>jmuchmore@sonnenschein.com |
| 6 | kmarchiano@sonnenschein.com<br>mbuckley@sonnenschein.com |
| 7 | |
| 8 | ROBERT B. MILLNER<br>PATRICK C. MAXCY |
| 9 | SONNENSCHEIN NATH & ROSENTHAL LLP<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL 60606-6404 |
| 10 | Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934 |
| 11 | rmillner@sonnenschein.com<br>pmaxcy@sonnenschein.com |
| 12 | |
| 13 | Attorneys for OneBeacon Insurance<br>Company as successor in interest to |
| 14 | American Employers' Insurance Company<br>with respect to certain contracts of insurance |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-31347-TC |
| PLANT INSULATION COMPANY, | CHAPTER 11 |
| Debtor. | **CERTAIN INSURERS' RESPONSE TO DEBTOR'S THIRD MOTION FOR ORDER EXTENDING THE EXCLUSIVE PERIOD FOR DEBTOR TO SOLICIT ACCEPTANCES ON ITS PLAN**<br><br>**Hearing**<br>Date: September 13, 2010<br>Time: 9:30 a.m.<br>Place: 235 Pine St., 23rd Floor<br>San Francisco, CA<br>Judge: Hon. Thomas E. Carlson |

Certain Insurers' Response to Debtor's Motion to Extend the Exclusive Periods
Case No. 09-31347-TC

1     **<u>Additional Counsel</u>**:

2     PHILIP A. O'CONNELL JR. (State Bar No. 152486)
        SONNENSCHEIN NATH & ROSENTHAL LLP

3     101 Federal Street, Suite 2750
        Boston, MA 02110-1873

4     Telephone:  (617) 235-6800
        Facsimile:   (617) 235-6899

5     poconnelljr@sonnenschein.com

-2-

Certain Insurers' Response to Debtor's Motion to Extend the Exclusive Periods
Case No. 09-31347-TC

The insurers identified below (collectively, the "Insurers")[1] submit the following Response ("Response") to Plant's Third Motion for Order Extending The Exclusive Period for Debtor to Solicit Acceptances on Its Plan (the "Motion").

The Insurers do not oppose granting the specific relief requested by Plant, to wit: extending its exclusive period to obtain acceptance of its plan of reorganization through January 20, 2011. The Insurers file this paper to ensure that the Insurers' lack of opposition to the Motion is not understood or interpreted to indicate agreement with any of the factual recitations or legal conclusions contained in the Motion. For example, the Insurers do not agree with certain statements contained in the Motion, including, but not limited to, Plant's characterization of its insurance coverage and the related declaratory relief action. The Insurers also reserve all rights to oppose any additional relief sought by Plant that is not specifically identified in its Motion and to object to any requests for further extension of the exclusive periods.

Dated: September 7, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP

By_____/s/ Robert B. Millner_____
ROBERT B. MILLNER

Attorneys for OneBeacon Insurance Company as successor in interest to American Employers' Insurance Company with respect to certain contracts of insurance

27331734\V-2

---

[1] The "Insurers" are: OneBeacon Insurance Company, Fireman's Fund Insurance Company; American Automobile Insurance Company, Mt. McKinley Insurance Company, United States Fidelity and Guaranty Company, American Home Assurance Company; Insurance Company of the State of Pennsylvania; Granite State Insurance Company, Safety National Casualty Corporation, Insurance Company of the West, and United States Fire Insurance Company.

-3-

Certain Insurers' Response to Debtor's Motion to Extend the Exclusive Periods
Case No. 09-31347-TC