| | |
|---|---|
| Michael H. Ahrens (CA Bar No. 44766)<br>Steven B. Sacks (CA Bar No. 98875)<br>Michael M. Lauter (CA Bar No. 246048)<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>mahrens@sheppardmullin.com<br>ssacks@sheppardmullin.com<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3497<br><br>Counsel to Official Committee of Unsecured Creditors<br><br>Peter Van N. Lockwood (DC Bar No. 086447)<br>CAPLIN & DRYSDALE, CHARTERED<br>1 Thomas Circle N.W.<br>Washington, D.C. 20005<br>pvnl@capdale.com<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br><br>National Counsel to Official Committee of Unsecured Creditors | Gary S. Fergus (CA Bar No. 95318)<br>FERGUS, A LAW OFFICE<br>595 Market St., Suite 2430<br>San Francisco, California 94105<br>gfergus@ferguslegal.com<br>Telephone: (415) 537-9030<br>Facsimile: (415) 537-9038<br><br>Counsel to Futures Representative |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PLANT INSULATION COMPANY, a California corporation,<br><br>                Debtor.<br><br>Tax ID: 94-0292481 | Case No. 09-31347<br><br>Chapter 11<br><br>**COMMITTEE AND FUTURES REPRESENTATIVE'S REPLY IN SUPPORT OF DEBTOR'S THIRD MOTION FOR AN ORDER EXTENDING THE EXCLUSIVE PERIOD FOR DEBTOR TO SOLICIT ACCEPTANCES OF ITS PLAN**<br><br>Date:    September 13, 2010<br>Time:   9:30 a.m.<br>Judge:  Hon. Thomas E. Carlson<br>Place:  Courtroom 23<br>             235 Pine Street<br>             San Francisco, CA |

| | |
|---|---|
| 1 | The Official Committee of Unsecured Creditors (the "Committee") and the |
| 2 | Court-appointed representative of future asbestos claimants (the "Futures Representative") |
| 3 | hereby file this reply in support of the *Debtor's Third Motion for an Order Extending the* |
| 4 | *Exclusive Period for Debtor to Solicit Acceptances of Its Plan* (the "Third Motion") filed |
| 5 | by Plant Insulation Company, the debtor and debtor-in-possession in the above-captioned |
| 6 | case (the "Debtor"). |

The Committee and the Futures Representative support the Third Motion and the relief requested therein.

Dated: September 7, 2010

CAPLIN & DRYSDALE, CHARTERED

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Michael H. Ahrens*
         MICHAEL H. AHRENS

Attorneys for Official Committee of Unsecured
Creditors of Plant Insulation Company

Dated: September 7, 2010

FERGUS, A LAW OFFICE

By      */s/ Gary S. Fergus*
         GARY S. FERGUS

Attorney for the Hon. Charles B. Renfew (Ret.),
Futures Representative