John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Victoria A. Newmark (CA Bar No. 183581)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
vnewmark@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re: | Case No.: 08-32514 |
|---|---|
| Heller Ehrman LLP, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |
| | [No Hearing Required] |

CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On August 31, 2010, I caused to be served the

- **DEBTOR'S OBJECTION TO CLAIM OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR (CLAIM NO. 131)**

- **DECLARATION OF PAUL SOLIER IN SUPPORT OF DEBTOR'S OBJECTION TO CLAIM OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR (CLAIM NO. 131)**

- **NOTICE OF DEBTOR'S OBJECTION TO CLAIM OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR (CLAIM NO. 131)**

- **DEBTOR'S OBJECTION TO CLAIM OF SAN DIEGO COUNTY TREASURER-TAX COLLECTOR (CLAIM NO. 1185); MEMORANDUM OF POINTS AND AUTHORITIES**

- **DECLARATION OF PAUL SOLIER IN SUPPORT OF DEBTOR'S OBJECTION TO CLAIM OF SAN DIEGO COUNTY TREASURER-TAX COLLECTOR (CLAIM NO. 1185)**

- **NOTICE OF DEBTOR'S OBJECTION TO CLAIM OF SAN DIEGO COUNTY TREASURER-TAX COLLECTOR (CLAIM NO. 1185)**

- **DEBTOR'S OBJECTION TO CLAIM NUMBER 1166 OF WASHINGTON STATE DEPARTMENT OF REVENUE (CLAIM NO. 1166); MEMORANDUM OF POINTS AND AUTHORITIES**

- **DECLARATION OF PAUL SOLIER IN SUPPORT OF DEBTOR'S OBJECTION TO CLAIM NUMBER 1166 OF WASHINGTON STATE DEPARTMENT OF REVENUE (CLAIM NO. 1166)**

- **NOTICE OF DEBTOR'S OBJECTION TO CLAIM NUMBER 1166 OF WASHINGTON STATE DEPARTMENT OF REVENUE (CLAIM NO. 1166)**

**TO:**

| | | |
|---|---|---|
| L.A. County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Dan McAllister<br>San Diego County Treasurer-Tax Collector<br>Attn: Bankrupcty Desk<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | Washington State, Department of Revenue<br>Attn: John Bugge<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121 |

CERTIFICATE OF SERVICE

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 31, at San Francisco, California.

*/s/ Oliver Carpio*
Oliver Carpio, Legal Assistant

CERTIFICATE OF SERVICE