

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Signed and Filed: August 30, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER DISALLOWING CLAIM OF HELLER EHRMAN (EUROPE) LLP (IN ADMINISTRATION) (CLAIM NO. 624)** |

This matter came before the Court on the *Debtor's Objection to Claim of Heller Ehrman (Europe) LLP (In Administration) (Claim No. 624)* [Docket No. 1341] (the "Objection"), filed by Heller Ehrman LLP (the "Debtor") on July 19, 2010, the *Declaration of Paul Soulier*, the *Declaration of Lynn Loacker*, and the *Reply In Support of Debtor's Objection to Claim of Heller Ehrman (Europe) LLP (In Administration) (Claim No. 624) [Docket No. 1341]* [Docket No. 1458], filed by the Debtor on August 20, 2010. Based upon the Court's review and consideration of the Objection and the other foregoing pleadings filed in the Debtor's chapter 11 case, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Objection is GRANTED; and

2. Claim No. 614 filed by Heller Ehrman (Europe) LLP (In Administration) shall be DISALLOWED IN ITS ENTIRETY.

**END OF ORDER**