John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Victoria A. Newmark (CA Bar No. 183581)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
        kbrown@pszjlaw.com
        vnewmark@pszjlaw.com
        tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-32514 |
| Heller Ehrman LLP, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

Case: 08-32514   Doc# 1570   Filed: 08/31/10   Entered: 08/31/10 22:04:24   Page 1 of
6

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA          )
                             )
CITY OF SAN FRANCISCO        )

     I, Kati L. Suk, am employed in the city and county of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California  94111-4500.

     On August 31, 2010, I caused to be served the

- **OBJECTION TO PROOF OF CLAIM FILED BY ROBERT BORTON [CLAIM NO. 718]**

- **NOTICE AND OPPORTUNITY FOR HEARING ON OBJECTION TO PROOF OF CLAIM FILED BY ROBERT BORTON [CLAIM NO. 718]**

**To: Please see attached Service List.**

| | |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

     I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

     Executed on August 31, 2010, at San Francisco, California.


                      */s/ Kati L. Suk*
                    Kati L. Suk, Legal Assistant

CERTIFICATE OF SERVICE

| United States Trustee | Counsel to BofA | Counsel to Citibank, N.A. |
|---|---|---|
| **United States Trustee**<br>Donna S. Tamanaha<br>Assistant U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br><br>**Donna.S.Tamanaha@usdoj.gov** | **Counsel to BofA**<br>David Minnick, Esq.<br>Leo Crowley, Esq.<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>**dminnick@pillsburylaw.com**<br>**Leo.crowley@pillsburylaw.com** | **Counsel to Citibank, N.A.**<br>Larry Peitzman, Esq.<br>Louis E. Kempinksy, Esq.<br>PEITZMAN, WEG & KEMPINSKY LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>**lpeitzman@pwkllp.com**<br>**lkempinsky@pwkllp.com** |
| **Counsel to Committee of Unsecured Creditors**<br>Steven H. Felderstein, Esq.<br>Thomas A. Willoughby, Esq.<br>FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI, LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814<br>**sfelderstein@ffwplaw.com**<br>**twilloughby@ffwplaw.com** | **VIA FIRST CLASS MAIL**<br>Robert Borton<br>2829 Benvenue Avenue<br>Berkeley, CA 94705 | **VIA FIRST CLASS MAIL**<br>Robert Borton<br>c/o St. James Law, PC<br>155 Montgomery St., Suite 1004<br>San Francisco, CA 94104-4115 |

**PARTIES REQUESTING SPECIAL NOTICE**

| Counsel for Schiff Hardin LLP | Counsel for Schiff Hardin LLP | Counsel for A2D, LP |
|---|---|---|
| **Counsel for Schiff Hardin LLP**<br>Nicole S. Magaline<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower<br>32nd Floor<br>San Francisco, CA 94105<br><br>**nmagaline@schiffhardin.com** | **Counsel for Schiff Hardin LLP**<br>Jason M. Torf, Esq.<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br>**jtorf@schiffhardin.com** | **Counsel for A2D, LP**<br>Michael S. Kogan, Esq.<br>ERVIN, COHEN & JESSUP LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212<br>**mkogan@ecjlaw.com** |
| **VIA FIRST CLASS MAIL**<br>**Counsel to State of Washington, Dept. of Revenue**<br>Zachary Mosner, Esq.<br>Assistant Attorney General<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | **VIA FIRST CLASS MAIL**<br>**Attorney for Creditor Mack Staley**<br>Paul M. Jamond, Esq.<br>Attorney at Law<br>200 Fourth Street #300<br>Santa Rosa, CA 95401 | **Counsel to Pension Benefit Guaranty Corporation**<br>Marc S. Pfeuffer, Esq.<br>Office of the Chief Counsel<br>PENSION BENEFIT GUARANTY CORPORATION<br>1200 K Street, N.W.<br>Washington, DC 20005-4026<br>**pfeuffer.marc@pbgc.gov**<br>**efile@pbgc.gov** |
| **Counsel to 4350 La Jolla Village LLC**<br>Dean P. Sperling, Esq.<br>LAW OFFICES OF DEAN P. SPERLING<br>201 East Sandpointe, Suite 220<br>Santa Ana, CA 92707-57425<br>**Dean@sperlinglaw.com** | **Counsel to 1620 K Street Associates Limited Partnership, A District of Columbia limited partnership**<br>Edward J. Tredinnick, Esq.<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106<br>**etredinnick@greeneradovsky.com** | **In-House Counsel of CB Richard Ellis, Inc.**<br>Laurie Gomez, Esq.<br>Senior Counsel – Litigation<br>CB RICHARD ELLIS, INC.<br>200 Park Avenue<br>New York, NY 10166<br>**laurie.gomez@cbre.com** |

| | | |
|---|---|---|
| **Consel to Creditors Darryl L. Snider and John S. Skilton**<br>Maria K. Pum, Esq.<br>HENDERSON, CAVERLY,<br>PUM & CHARNEY LLP<br>P.O. Box 9144<br>16236 San Dieguito Rd., Suite 4-13<br>Rancho Santa Fe, CA 92067-9144<br>**mpum@hcesq.com** | **Counsel for Adworks, Inc.**<br>Howard Ross, Esq.<br>SHULMAN, ROGERS, GANDAL,<br>PORDY & ECKER, P.A.<br>11921 Rockville Pike, Suite 300<br>Rockville, MD 20852<br><br>**hross@srgpe.com** | Nancy Sher Cohen, Esq.<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>**ncohen@proskauer.com** |
| Robert G. Badal, Esq.<br>WILMERHALE, LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>**robert.badal@wilmerhale.com** | **Counsel for Robert G. Badal and Nancy Sher Cohen**<br>David A. Gill, Esq.<br>Richard K. Diamond, Esq.<br>DANNING, GILL, DIAMOND &<br>KOLLITZ, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br>**dgill@dgdk.com**<br>**rdiamond@dgdk.com** | Vicky Namken<br>IBM CORPORATION<br>13800 Diplomat Dr.<br>Dallas, TX 75234<br>**vnamken@us.ibm.com** |
| **Counsel to Constellation NewEnergy, Inc.**<br>Bruce J. Ruzinsky, Esq.<br>D. Elaine Conway, Esq.<br>JACKSON WALKER L.L.P.<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>**bruzinsky@jw.com**<br>**econway@jw.com** | **Counsel to Constellation NewEnergy, Inc.**<br>Heather M. Forrest, Esq.<br>JACKSON WALKER L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>**hforrest@jw.com** | Paul Sugarman<br>1200 Sunnyhillls Road<br>Oakland, CA 94610<br>**sugars5@pacbell.net** |
| Christine R. Etheridge<br>IKON FINANCIAL SERVICES<br>Bankruptcy Administration<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708<br>**christine.etheridge@ikonfin.com** | **Counsel for Iron Mountain Information Management, Inc.**<br>Frank F. McGinn, Esq.<br>BARTLET HACKETT<br>FEINBERG P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>**ffm@bostonbusinesslaw.com** | Mr. Ken Higman<br>Sr. Default & Recovery Analyst<br>HEWLETT-PACKARD<br>COMPANY<br>2125 E. Katella Ave., Suite 400<br>Anaheim, CA 92806<br>**ken.higman@hp.com** |
| Aseem S. Gupta<br>3340 23rd Street<br>San Francisco, CA 94110<br>**aseemsgupta@gmail.com** | **Counsel for Creditor Paravue, Inc.**<br>Scott H. McNutt<br>McNUTT LAW GROUP LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105<br>**smcnutt@ml-sf.com** | **Counsel for Creditors Paul M. Booth, John P. Isacson, David W. Laub, Colin G. Sandercock**<br>Alan D. Smith<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>**adsmith@perkinscoie.com** |
| **Counsel for Oracle USA, Inc. and Oracle Credit Corporation**<br>Shawn M. Christianson, Esq.<br>BUCHALTER, NEMER, A<br>PROFESSIONAL CORPORATION<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>**schristianson@buchalter.com** | Monte M. Lemann<br>MANATT, PHELPS & PHILLIPS,<br>LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064<br>**mlemann@manatt.com** | **Counsel for Creditor Paravue, Inc.**<br>William Gwire<br>Ujvala Singh<br>GWIRE LAW OFFICES<br>455 Market Street, Suite 2220<br>San Francisco, CA 94105<br>**gwire@gwirelaw.com**<br>**singh@gwirelaw.com** |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Ivan L. Kallick<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064<br>ikallick@manatt.com | **Counsel for Wham-O, Creditor**<br>Chris D. Kuhner, Esq.<br>KORNFIELD, NYBERG, BENDES & KUHNER PC<br>1999 Harrison Street, Ste. 2675<br>Oakland, California 94612<br>c.kuhner@Kornfieldlaw.com | G. James Landon<br>Streusand & Landon, LLP<br>515 Congress Ave., Ste. 2523<br>Austin, TX 78701<br><br>landon@streusandlandon.com |
| **Counsel for Guckenheimer Enterprises, Inc.**<br>Jeffrey A. Snyder<br>Thoits, Love, Hershberger & McLean<br>285 Hamilton Avenue, Suite 300<br>Palo Alto, CA 94301<br>jsnyder@thoits.com | **Attorney for Jones Day**<br>Brian O'Neill<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>boneill@jonesday.com | **Attorneys for Parties In Interest Douglas Schwab, Paul Sugarman & Kevin Kelly**<br>Michael D. Cooper<br>Jeffrey C. Wurms<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607<br>mcooper@wendel.com<br>jwurms@wendel.com |
| **Attorneys for Orrick Herrington & Sutcliffe LLP**<br>PAMELA PHILLIPS<br>JONATHAN W. HUGHES<br>DIANA D. DIGENNARO<br>HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111-4024<br>pphillips@howardrice.com<br>jhughes@howardrice.com<br>ddigennaro@howardrice.com | **Attorney for Jones Day**<br>Tobias S. Keller<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>tkeller@jonesday.com | **Counsel for Vested Retirees**<br>Michael St. James<br>St. James Law, P.C.<br>155 Montgomery Street<br>Suite 1004<br>San Francisco, CA 94104<br>Michael@stjames-law.com |
| **Attorneys for MEPT St. Matthews LLC**<br>Scott Olson<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>solson@seyfarth.com | **Attorneys for Various Shareholders**<br>Victor A. Vilaplana<br>Foley & Lardner<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101<br>vavilaplana@foley.com | Scott Friedberg<br>The Seaport Group LLC<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>sfriedberg@theseaportgroup.com |
| **Attorneys for Columbia Center Property LLC and 333 South Hope Co., LLC**<br>Vincent M. Coscino<br>Michael S. Greger<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1900 Main Street, 5th Floor<br>Irvine, CA 92614-7321<br>vcoscino@allenmatkins.com<br>mgreger@allenmatkins.com | **Attorneys for AFCO Acceptance Corporation**<br>David I. Katzen<br>David A. Schuricht<br>Katzen & Schuricht<br>1981 N. Broadway, Suite 340<br>Walnut Creek, CA 94596-8218<br>ksf@ksfirm.com<br>katzen@ksfirm.com<br>Schuricht@ksfirm.com | **Attorneys for West Publishing Corporation d/b/a/ West**<br>Michael T. Etmund<br>Moss & Barnett, P.A.<br>4800 Wells Fargo Center<br>90 S. 7th St.<br>Minneapolis, MN 55402<br>etmundm@moss-barnett.com |

| Attorneys for Carren Schulman, Russell Reid, Jr., Jonathan Stoler and Blaine Templeman | Attorneys for 1620 K Street Associates Limited Partnership | Special Litigation Counsel for Official Committee of Unsecured Creditors |
|---|---|---|
| Law Offices of Stuppi & Stuppi<br>Craig Stuppi<br>1630 North Main Street #332<br>Walnut Creek, CA 94596-4609<br>craig@stuppilaw.com<br>sarah@stuppilaw.com | Edward J. Tredinnick<br>Greene Radovsky Maloney Share & Hennigh<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106<br>etredinnick@greeneradovsky.com | William McGrane<br>Christopher D. Sullivan<br>Maureen A. Harrington<br>McGrane Greenfield LLP<br>1 Ferry Building, Suite 220<br>San Francisco, CA 94111<br>csullivan@mcgranegreenfield.com<br>wmcgrane@mcgranegreenfield.com<br>mharrington@mcgranegreenfield.com |
| **Counsel for Creditor, David Taran** | **Attorney for Creditor, David Taran** | |
| Heinz Binder, Esq.<br>Roya Shakoori, Esq.<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>heinz@bindermalter.com;<br>roya@bindermalter.com | Robert Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br><br>rob@bindermalter.com | |

CERTIFICATE OF SERVICE