

FILED
NOV 1 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: 11/15/2010

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
PO Box 7341
San Francisco, CA 94120-7341

Re: **In re Heller Ehrman LLP, Case No. 08-32514**
**Change of Address for Creditor**

Dear Clerk:

I am a creditor in the Chapter 11 Bankruptcy Case of Heller Erhman LLP. Please update the creditor matrix with my new address information. My **previous** address was:

17069 VIA PERDIDO
SAN LORENZO, CA 94580

My **new** address is:

12425 SAN PABLO AVE, APT. A
RICHMOND, CA 94805

Signature: _____
Print Name: NANCY V. BAGWELL

cc: John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

35685-001\DOCS_SF:71493.1