

Date: *NOVEMBER 9, 2010*

To:  Clerk of the Court
     U.S. Bankruptcy Court
     Northern District of California
     PO Box 7341
     San Francisco, CA 94120-7341

Re:  **In re Heller Ehrman LLP, Case No. 08-32514**
     **Change of Address for Creditor**

Dear Clerk:

   I am a creditor in the Chapter 11 Bankruptcy Case of Heller Erhman LLP.  Please update the creditor matrix with my new address information.  My **previous** address was:

*1220 N. 45TH ST. #302*

*SEATLE, WA 98103*

My **new** address is:

*4214 28TH PL. W.*

*SEATLE, WA 98199*

Signature: *Alan Hambelton*

Print Name: *ALAN HAMBELTON*

cc:  John D. Fiero
     Pachulski Stang Ziehl & Jones LLP
     150 California Street, 15th Floor
     San Francisco, CA 94111