B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re Heller Ehrman, LLP , Case No. 08-32514

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Cutler 2010 Trust dated 2-18-2010 | John Cutler |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA. 94104

Phone: 415-391-7566
Last Four Digits of Acct #: _____

Court Claim # (if known): 257 & 680
Amount of Claim: $548,806.65
Date Claim Filed: 04/24/2009

Phone: 415-391-7566
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Cutler 2010 Trust Dated Feb 18, 2010
29 Birch Street
Mill Valley, CA 94941

Phone: 415-388-8998
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John H. Cutler, Trustee          Date: 11/15/10
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.