B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Heller Ehrman, LLP                          ,          Case No.   08-32514

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

  Curtis & Robin Caton 2002 Trust              Curtis Caton
  Name of Transferee                            Name of Transferor

Name and Address where notices to transferee should be sent:
  St. James Law, P.C.
  155 Montgomery Street, Suite 1004
  San Francisco, CA. 94104

Court Claim # (if known): 136-1
Amount of Claim: $341,934.64
Date Claim Filed: 02/27/2009

Phone: 415-391-7566
Last Four Digits of Acct #: _____

Phone: 415-391-7566
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  Curtis & Robin Caton 2002 Trust
  5 Ajax Place, Berkeley, CA 94708

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Curtis W. Caton, Trustee*       Date: November 18, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.