B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Heller Ehrman, LLP                    ,          Case No.  08-32514

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Jerry H. Robinson Revocable Trust u/t/a
dated August 18, 1994, as amended                          Jerry H. Robinson
_____                        _____
            Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee               Court Claim # (if known):  141-1
should be sent:                                            Amount of Claim:  $697,596.34
  St. James Law, P.C.                                      Date Claim Filed:  02/27/2009
  155 Montgomery Street, Suite 1004
  San Francisco, CA. 94104
Phone:  415-391-7566                                       Phone:  415-391-7566
Last Four Digits of Acct #: _____                       Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
  Jerry H. Robinson Revocable Trust
  28 Roselyn Terrace
  San Francisco, CA 94118
Phone:  415-387-6913
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature], Trustee                               Date: 11/12/10
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.