B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Heller Ehrman, LLP                    ,          Case No.  08-32514

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Richard J. Guggenhime 2004 Trust | Richard Guggenhime |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  St. James Law, P.C.
  155 Montgomery Street, Suite 1004
  San Francisco, CA. 94104

Phone:  415-391-7566
Last Four Digits of Acct #: _____

Court Claim # (if known):  138-1
Amount of Claim:  $344,695.24
Date Claim Filed:  02/27/2009

Phone:  415-391-7566
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  Richard J. Guggenhime 2004 Trust
  1000 Mason Street, Apt. 40$  L40(  )
  San Francisco, CA 94105
Phone:  415 392 7337
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date:  11/16/10
  Transferee/Transferee's Agent
                      Trustee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.