B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Heller Ehrman, LLP           ,          Case No.  08-32514

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Robert C. Harris, Jr. | Robert C. Harris, Trustee |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA. 94104

Phone: 415-391-7566
Last Four Digits of Acct #: _____

Court Claim # (if known):  746-1
Amount of Claim:  $103,607.73
Date Claim Filed:  04/26/2008

Phone: 415-391-7566
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Robert C. Harris, Jr.
18 West Drive
Sag Harbor, NY 11963

Phone: 415-828-3118
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Robert C Harris_  Date: 11/30/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.